Exhibit 5



**OhioEdison**
*A FirstEnergy Company*

June 17, 2014

**Account Number:** ▇▇▇▇▇▇

**Amount Due: $**▇▇▇▇▇

**Billing Period:** May 16 to Jun 13, 2014 for 29 days
**Bill For:** SCHWEBEL BAKING CO
5075 PEARL AVE
LORAIN OH 44055

**Due Date: July 08, 2014**

To report an emergency or an outage, call 24 hours a day 1-888-544-4877. For Customer Service, call 1-800-633-4766. For Payment Options, call 1-800-686-3421. Pay your bill online at www.firstenergycorp.com.
**Bill issued by:** Ohio Edison, PO Box 3637, Akron OH 44309-3637

| Messages | Account Summary | Amount Due |
|---|---|---|

For more information about the RTO Expense Surcharge, small business customers should visit www.fes.com/RTOexpense. Commercial and Industrial customers should visit www.fes.com /RTOexpenseCI.

To avoid a 1.50% Late Payment Charge being added to your bill, please pay the **Amount Due** by the Due Date.

Your next meter reading is scheduled to occur on or about Jul 15, 2014.

Pursuant to Ohio law, it is illegal for your electric meter and associated equipment to be tampered with to obtain unauthorized use of electricity. As specified in the Ohio Revised Code, persons found guilty of stealing electricity or tampering may be subject to jail sentences up to five years and fines up to $10,000. Meter tampering is dangerous and could result in serious personal injury or damage to property. Ohio Law requires this message.

We contract with various establishments in your area to make paying your electric bill more convenient. When paying your bill in person, please use authorized payment locations only. We cannot verify receipt of payments made at unauthorized locations. For more information and other available payment options, visit www.firstenergycorp.com/paymentoptions.

**Additional messages, if any, can be found on back.**

| Account Summary | Amount Due |
|---|---|
| Previous Balance | ▇▇▇ |
| Payments/Adjustments | ▇▇▇ |
| **Balance at Billing on Jun 17, 2014** | ▇▇▇ |
| Ohio Edison | ▇▇▇ |
| FirstEnergy Solutions Corp - Consumption | ▇▇▇ |
| **Total Current Charges** | ▇▇▇ |
| **Amount Due by Jul 08, 2014** | $▇▇▇ |

| Usage Information for Meter Number ▇▇▇ | |
|---|---|
| Jun 13, 2014 KWH Reading (Actual) | ▇▇▇ |
| May 16, 2014 KWH Reading (Estimate) | ▇▇▇ |
| KWH Used | ▇▇▇ |
| Billed Load in KW/KVA | ▇▇▇ |

**Charges From Ohio Edison**

Customer Number: ▇▇▇
Rate: General Service Secondary OE-GSD

| | |
|---|---|
| Customer Charge | ▇▇▇ |
| Distribution Related Component | ▇▇▇ |
| Cost Recovery Charges | ▇▇▇ |
| **Current Consumption Bill Charges** | ▇▇▇ |

**Charges From FirstEnergy Solutions Corp**
341 White Pond Drive Bldg B3, Akron, OH 44320-1119
Customer Service: 1-888-254-6359

Account Number: ▇▇▇ Rate: ▇▇▇

| | | |
|---|---|---|
| RTO Expense Surcharge | | 41.86 |
| Basic Charge | KWH x | ▇▇▇ |
| **Total FirstEnergy Solutions Corp Charges** | | ▇▇▇ |

**Detail Payment and Adjustment Information**
05/29/14   Payment   ▇▇▇

| Account Balances by Company | | | | |
|---|---|---|---|---|
| | Previous Balance | Payments/ Adjustments | Current Charges | Amount Due |
| Ohio Edison | ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ |
| FirstEnergy Solutions Corp | | | | |
| Total | ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ |



**Usage History**

| | | | |
|---|---|---|---|
| Jun 13 | ▇▇ | Dec 13 | ▇▇ |
| Jul 13 | ▇▇ | Jan 14 | ▇▇ |
| Aug 13 | ▇▇ | Feb 14 | ▇▇ |
| Sep 13 | ▇▇ | Mar 14 | ▇▇ |
| Oct 13 | ▇▇ | Apr 14 | ▇▇ |
| Nov 13 | ▇▇ | May 14 | ▇▇ |
| | | Jun 14 | ▇▇ |



0
J J A S O N D J F M A M J

A-Actual     E-Estimate     C-Customer

| Comparisons | Last Year | This Year |
|---|---|---|
| Average Daily Use (KWH) | | |
| Average Daily Temperature | | |
| Days in Billing Period | | |
| Last 12 Months Use (KWH) | | |
| Average Monthly Use (KWH) | | |

Return this part with a check or money order payable to Ohio Edison

**OhioEdison**
*A FirstEnergy Company*

76 South Main Street
Akron, OH 44308-1890

SCHWEBEL BAKING CO
PO BOX 6018
YOUNGSTOWN OH 44501-6018

Account Number: ▇▇▇

| | |
|---|---|
| **Amount Paid** | |
| **Amount Due** | ▇▇▇ |
| **Due Date** | Jul 08, 2014 |

OHIO EDISON
PO BOX 3637
AKRON OH 44309-3637

**Messages (Continued)**

## Explanation of Terms

**Business Distribution Credit -** Applied during the winter billing period for non-residential electric heat and/or water heating customers on a qualifying rate.

**Bypassable Generation and Transmission Related Component -** Charges for purchasing power and delivering it through the transmission system. These charges are avoided when switching to a Certified Retail Electric Service provider.

**Cost Recovery Charges -** Recovers previously incurred costs, including PUCO-approved Phase-In Recovery Charges OE collects from all customers on behalf of OE Funding, LLC which owns the right to impose and collect such charges.

**Customer Charge -** Monthly charge that offsets costs for billing, meter reading, equipment, and service line maintenance.

**Distribution Related Component -** Charge for moving electricity over distribution lines to a service location.

**Economic Development Component -** Charges related to economic development support.

**Estimated Reading -** On the months we do not read a meter, we calculate the bill based on past electrical usage.

**Kilowatt (KW) -** 1,000 watts of electricity.

**Kilovolt Amperes (KVA) -** Volts times amperes divided by 1,000. Actual measured power used for circuit sizing.

**Kilovolt-Amperes Reactive or kilovar (KVAR) -** The portion of electricity that establishes and sustains the electric and magnetic fields of ac equipment. It is used to control voltage on the transmission network.

**KWH (Kilowatt Hour) -** A unit of measure for electricity usage equal to 1,000 watts used for one hour.

**Late Payment Charge -** A charge added to the bill on balances owed after the Due Date.

**School Distribution Credit -** A distribution credit that replaces the former Energy for Education II Program.

## Important Information

If you have billing questions or complaints about your Ohio Edison account or for a written explanation of the Price to Compare:

**Call Customer Service** at 1-800-633-4766 from Monday - Friday, 8:00 a.m. - 6:00 p.m.

**Call Payment Options** at 1-800-686-3421 from Monday - Friday, 8:00 a.m. - 6:00 p.m.

**Visit our web site** at http://www.firstenergycorp.com

**Write to us** at The Ohio Edison, 76 S. Main St., A-RPC. Akron, OH 44308-1890.

**For customers who have a hearing or speech impairment** and use a text telephone, call the TTY (Teletype) at 1-800-750-0750.

**We welcome the opportunity** to work with you and will try to answer your questions. If your complaint is not resolved after you have called your electric utility, or for general utility information, residential and business customers may contact the public utilities commission of Ohio (PUCO) for assistance at 1-800-686-7826 (toll free) from eight a.m. to five p.m. weekdays, or at http://www.puco.ohio.gov. Hearing or speech impaired customers may contact the PUCO via 7-1-1 (Ohio relay service).

**For your protection,** all of our employees wear Photo I.D. badges.

**Electronic Check Conversion -** Your check authorizes us either to make a one-time electronic funds transfer (EFT) from your account or process as a check. If you have questions about this program, call 1-866-283-8081.


**OhioEdison**
*A FirstEnergy Company*

Bill Based On: Actual Meter Reading

June 19, 2014

**Billing Period:** **May 17 to Jun 17, 2014 for 32 days**
**Bill For:** SCHWEBEL BAKING CO
2139 STUMBO RD
MANSFIELD OH 44906

**Account Number** ▮▮▮▮

**Amount Due:** $▮▮▮▮

**Due Date:  July 10, 2014**

To report an emergency or an outage, call 24 hours a day 1-888-544-4877.   For Customer Service, call 1-800-633-4766.   For Payment Options, call 1-800-686-3421.   Pay your bill online at www.firstenergycorp.com
Bill issued by: Ohio Edison, PO Box 3637, Akron OH 44309-3637

| Messages | Account Summary | Amount Due |
|---|---|---|
| For more information about the RTO Expense Surcharge, small business customers should visit www.fes.com/RTOexpense. Commercial and Industrial customers should visit www.fes.com /RTOexpenseCI. | Previous Balance | ▮ |
| | Payments/Adjustments | |
| To avoid a 1.50% Late Payment Charge being added to your bill, please pay the **Amount Due** by the Due Date. | **Balance at Billing on Jun 19, 2014** | ▮ |
| | Ohio Edison | ▮ |
| Your next meter reading is scheduled to occur on or about Jul 17, 2014. | FirstEnergy Solutions Corp - Consumption | |
| | **Total Current Charges** | |
| Pursuant to Ohio law, it is illegal for your electric meter and associated equipment to be tampered with to obtain unauthorized use of electricity.   As specified in the Ohio Revised Code, persons found guilty of stealing electricity or tampering may be subject to jail sentences up to five years and fines up to $10,000.  Meter tampering is dangerous and could result in serious personal injury or damage to property.  Ohio Law requires this message. | **Amount Due by Jul 10, 2014** | |

**Usage Information for Meter Number** ▮▮▮

| | |
|---|---|
| Jun 17, 2014 KWH Reading (Actual) | |
| May 17, 2014 KWH Reading (Actual) | |
| KWH Used | |
| Measured Lagging Reactive Demand | |
| Billed Load in KW/KVA | |
| Billed Reactive Demand | |

**Charges From Ohio Edison**

We contract with various establishments in your area to make paying your electric bill more convenient.  When paying your bill in person, please use authorized payment locations only.  We cannot verify receipt of payments made at unauthorized locations.  For more information and other available payment options, visit www.firstenergycorp.com/paymentoptions.

| | |
|---|---|
| Customer Number: | |
| Rate: General Service Secondary OE-GSD | |
| Customer Charge | ▮ |
| Distribution Related Component | ▮ |
| Cost Recovery Charges | ▮ |

**Current Consumption Bill Charges**

**Charges From FirstEnergy Solutions Corp**
341 White Pond Drive Bldg B3, Akron, OH  44320-1119
Customer Service: 1-888-254-6359

| | | |
|---|---|---|
| Account Number: | Rate: | |
| RTO Expense Surcharge | | 39.30 |
| Basic Charge | KWH x | |
| **Total FirstEnergy Solutions Corp Charges** | | |

**Detail Payment and Adjustment Information**
05/29/14   Payment

**Account Balances by Company**

| | Previous Balance | Payments/ Adjustments | Current Charges | Amount Due |
|---|---|---|---|---|
| Ohio Edison | ▮ | ▮ | ▮ | ▮ |
| FirstEnergy  Solutions  Corp | ▮ | ▮ | ▮ | ▮ |
| Total | ▮ | ▮ | ▮ | ▮ |

**Additional messages, if any, can be found on back.**

**Usage History**

| | | | |
|---|---|---|---|
| Jun | 13 | Dec | 13 |
| Jul | 13 | Jan | 14 |
| Aug | 13 | Feb | 14 |
| Sep | 13 | Mar | 14 |
| Oct | 13 | Apr | 14 |
| Nov | 13 | May | 14 |
| | | Jun | 14 |



0          J  J  A  S  O  N  D  J  F  M  A  M  J

A-Actual          E-Estimate          C-Customer

| Comparisons | Last Year | This Year |
|---|---|---|
| Average Daily Use (KWH) | | |
| Average Daily Temperature | | |
| Days in Billing Period | | |
| Last 12 Months Use (KWH) | | |
| Average Monthly Use (KWH) | | |

Return  this  part  with  a  check  or  money  order
payable  to  Ohio  Edison

**OhioEdison**
*A FirstEnergy Company*

76 South Main Street
Akron,  OH  44308-1890

SCHWEBEL BAKING CO
PO BOX 6018
YOUNGSTOWN  OH  44501-6018

Account Number: 

| Amount | Paid | |
|---|---|---|
| **Amount** | **Due** | ▮ |
| **Due Date** | | **Jul 10, 2014** |

OHIO EDISON
PO BOX 3637
AKRON OH 44309-3637

**Messages (Continued)**

## Explanation of Terms

**Business Distribution Credit -** Applied during the winter billing period for non-residential electric heat and/or water heating customers on a qualifying rate.

**Bypassable Generation and Transmission Related Component -** Charges for purchasing power and delivering it through the transmission system. These charges are avoided when switching to a Certified Retail Electric Service provider.

**Cost Recovery Charges -** Recovers previously incurred costs, including PUCO-approved Phase-In Recovery Charges OE collects from all customers on behalf of OE Funding, LLC which owns the right to impose and collect such charges.

**Customer Charge -** Monthly charge that offsets costs for billing, meter reading, equipment, and service line maintenance.

**Distribution Related Component -** Charge for moving electricity over distribution lines to a service location.

**Economic Development Component -** Charges related to economic development support.

**Estimated Reading -** On the months we do not read a meter, we calculate the bill based on past electrical usage.

**Kilowatt (KW) -** 1,000 watts of electricity.

**Kilovolt Amperes (KVA) -** Volts times amperes divided by 1,000. Actual measured power used for circuit sizing.

**Kilovolt-Amperes Reactive or kilovar (KVAR) -** The portion of electricity that establishes and sustains the electric and magnetic fields of ac equipment. It is used to control voltage on the transmission network.

**KWH (Kilowatt Hour) -** A unit of measure for electricity usage equal to 1,000 watts used for one hour.

**Late Payment Charge -** A charge added to the bill on balances owed after the Due Date.

**School Distribution Credit -** A distribution credit that replaces the former Energy for Education II Program.

## Important Information

If you have billing questions or complaints about your Ohio Edison account or for a written explanation of the Price to Compare:

**Call Customer Service** at 1-800-633-4766 from Monday - Friday, 8:00 a.m. - 6:00 p.m.

**Call Payment Options** at 1-800-686-3421 from Monday - Friday, 8:00 a.m. - 6:00 p.m.

**Visit our web site** at http://www.firstenergycorp.com

**Write to us** at The Ohio Edison, 76 S. Main St., A-RPC. Akron, OH 44308-1890.

**For customers who have a hearing or speech impairment** and use a text telephone, call the TTY (Teletype) at 1-800-750-0750.

**We welcome the opportunity** to work with you and will try to answer your questions. If your complaint is not resolved after you have called your electric utility, or for general utility information, residential and business customers may contact the public utilities commission of Ohio (PUCO) for assistance at 1-800-686-7826 (toll free) from eight a.m. to five p.m. weekdays, or at http://www.puco.ohio.gov. Hearing or speech impaired customers may contact the PUCO via 7-1-1 (Ohio relay service).

**For your protection,** all of our employees wear Photo I.D. badges.

**Electronic Check Conversion -** Your check authorizes us either to make a one-time electronic funds transfer (EFT) from your account or process as a check. If you have questions about this program, call 1-866-283-8081.


A FirstEnergy Company

June 20, 2014

**Account Number:** ▆▆▆▆

**Amount Due:** $▆▆▆▆

**Billing Period:** May 21 to Jun 18, 2014 for 29 days
**Bill For:** SCHWEBEL BAKING CO
1158 E MARKET ST
WARREN OH 44483

**Due Date: July 11, 2014**

To report an emergency or an outage, call 24 hours a day 1-888-544-4877. For Customer Service, call 1-800-633-4766. For Payment Options, call 1-800-686-3421. Pay your bill online at www.firstenergycorp.com
**Bill issued by:** Ohio Edison, PO Box 3637, Akron OH 44309-3637

| Messages | Account Summary | Amount Due |
|---|---|---|
| For more information about the RTO Expense Surcharge, small business customers should visit www.fes.com/RTOexpense. Commercial and Industrial customers should visit www.fes.com /RTOexpenseCI. | Previous Balance | ▆▆▆ |
| | Payments/Adjustments | ▆▆▆ |
| To avoid a 1.50% Late Payment Charge being added to your bill, please pay the **Amount Due** by the Due Date. | **Balance at Billing on Jun 20, 2014** | |
| | Ohio Edison | |
| Your next meter reading is scheduled to occur on or about Jul 21, 2014. | FirstEnergy Solutions Corp - Consumption | |
| | **Total Current Charges** | ▆▆▆ |
| Pursuant to Ohio law, it is illegal for your electric meter and associated equipment to be tampered with to obtain unauthorized use of electricity. As specified in the Ohio Revised Code, persons found guilty of stealing electricity or tampering may be subject to jail sentences up to five years and fines up to $10,000. Meter tampering is dangerous and could result in serious personal injury or damage to property. Ohio Law requires this message. | **Amount Due by Jul 11, 2014** | ▆▆▆ |

| Usage Information for Meter Number ▆▆▆ | |
|---|---|
| Jun 18, 2014 KWH Reading (Actual) | ▆▆▆ |
| May 21, 2014 KWH Reading (Actual) | |
| KWH used | |
| Measured Lagging Reactive Demand | |
| Billed Load in KW/KVA | |
| Billed Reactive Demand | |

| Charges From Ohio Edison | |
|---|---|
| We contract with various establishments in your area to make paying your electric bill more convenient. When paying your bill in person, please use authorized payment locations only. We cannot verify receipt of payments made at unauthorized locations. For more information and other available payment options, visit www.firstenergycorp.com/paymentoptions. | |

| Customer Number: ▆▆▆ | |
|---|---|
| Rate: General Service Secondary OE-GSD | |
| Customer Charge | ▆▆▆ |
| Distribution Related Component | ▆▆▆ |
| Cost Recovery Charges | ▆▆▆ |
| **Current Consumption Bill Charges** | ▆▆▆ |

**Charges From FirstEnergy Solutions Corp**
341 White Pond Drive Bldg B3, Akron, OH 44320-1119
Customer Service: 1-888-254-6359

| Account Number: ▆▆▆ Rate ▆▆▆ | | |
|---|---|---|
| RTO Expense Surcharge | | 16.59 |
| Basic Charge | KWH x | |
| **Total FirstEnergy Solutions Corp Charges** | | |

| Detail Payment and Adjustment Information | |
|---|---|
| 06/03/14 Payment | ▆▆▆ |

| Account Balances by Company | | | | |
|---|---|---|---|---|
| | Previous Balance | Payments/ Adjustments | Current Charges | Amount Due |
| Ohio Edison | ▆▆ | ▆▆ | ▆▆ | ▆▆ |
| FirstEnergy Solutions Corp | ▆▆ | ▆▆ | ▆▆ | ▆▆ |
| Total | ▆▆ | ▆▆ | ▆▆ | ▆▆ |

Additional messages, if any, can be found on back.

### Usage History



| Jun 13 | Dec 13 |
|---|---|
| Jul 13 | Jan 14 |
| Aug 13 | Feb 14 |
| Sep 13 | Mar 14 |
| Oct 13 | Apr 14 |
| Nov 13 | May 14 |
| | Jun 14 |



0     J J A S O N D J F M A M J

| A-Actual | E-Estimate | C-Customer |
|---|---|---|

| Comparisons | Last Year | This Year |
|---|---|---|
| Average Daily Use (KWH) | | |
| Average Daily Temperature | | |
| Days in Billing Period | | |
| Last 12 Months Use (KWH) | | |
| Average Monthly Use (KWH) | | |

Return this part with a check or money order payable to Ohio Edison


A FirstEnergy Company

76 South Main Street
Akron, OH 44308-1890

Account Number: ▆▆▆

SCHWEBEL BAKING CO
PO BOX 6018
YOUNGSTOWN OH 44501-6018

| Amount | Paid | |
|---|---|---|
| Amount | Due | ▆▆▆ |
| Due Date | | Jul 11, 2014 |

**OHIO EDISON**
**PO BOX 3637**
**AKRON OH 44309-3637**

**Messages (Continued)**

## Explanation of Terms

**Business Distribution Credit -** Applied during the winter billing period for non-residential electric heat and/or water heating customers on a qualifying rate.

**Bypassable Generation and Transmission Related Component -** Charges for purchasing power and delivering it through the transmission system. These charges are avoided when switching to a Certified Retail Electric Service provider.

**Cost Recovery Charges -** Recovers previously incurred costs, including PUCO-approved Phase-In Recovery Charges OE collects from all customers on behalf of OE Funding, LLC which owns the right to impose and collect such charges.

**Customer Charge -** Monthly charge that offsets costs for billing, meter reading, equipment, and service line maintenance.

**Distribution Related Component -** Charge for moving electricity over distribution lines to a service location.

**Economic Development Component -** Charges related to economic development support.

**Estimated Reading -** On the months we do not read a meter, we calculate the bill based on past electrical usage.

**Kilowatt (KW) -** 1,000 watts of electricity.

**Kilovolt Amperes (KVA) -** Volts times amperes divided by 1,000. Actual measured power used for circuit sizing.

**Kilovolt-Amperes Reactive or kilovar (KVAR) -** The portion of electricity that establishes and sustains the electric and magnetic fields of ac equipment. It is used to control voltage on the transmission network.

**KWH (Kilowatt Hour) -** A unit of measure for electricity usage equal to 1,000 watts used for one hour.

**Late Payment Charge -** A charge added to the bill on balances owed after the Due Date.

**School Distribution Credit -** A distribution credit that replaces the former Energy for Education II Program.

## Important Information

If you have billing questions or complaints about your Ohio Edison account or for a written explanation of the Price to Compare:

**Call Customer Service** at 1-800-633-4766 from Monday - Friday, 8:00 a.m. - 6:00 p.m.

**Call Payment Options** at 1-800-686-3421 from Monday - Friday, 8:00 a.m. - 6:00 p.m.

**Visit our web site** at http://www.firstenergycorp.com

**Write to us** at The Ohio Edison, 76 S. Main St., A-RPC. Akron, OH 44308-1890.

**For customers who have a hearing or speech impairment** and use a text telephone, call the TTY (Teletype) at 1-800-750-0750.

**We welcome the opportunity** to work with you and will try to answer your questions. If your complaint is not resolved after you have called your electric utility, or for general utility information, residential and business customers may contact the public utilities commission of Ohio (PUCO) for assistance at 1-800-686-7826 (toll free) from eight a.m. to five p.m. weekdays, or at http://www.puco.ohio.gov. Hearing or speech impaired customers may contact the PUCO via 7-1-1 (Ohio relay service).

**For your protection,** all of our employees wear Photo I.D. badges.

**Electronic Check Conversion -** Your check authorizes us either to make a one-time electronic funds transfer (EFT) from your account or process as a check. If you have questions about this program, call 1-866-283-8081.



Bill Based On: Actual Meter Reading

June 23, 2014

**Account Number:** ▮▮▮▮▮▮

**Billing Period:** May 17 to Jun 17, 2014 for 32 days
**Bill For:** SCHWEBEL BAKING CO
965 E MIDLOTHIAN BLVD
YOUNGSTOWN OH 44502

**Amount Due:** ▮▮▮▮▮▮

**Due Date: July 14, 2014**

To report an emergency or an outage, call 24 hours a day 1-888-544-4877. For Customer Service, call 1-800-633-4766. For Payment Options, call 1-800-686-3421. Pay your bill online at www.firstenergycorp.com
**Bill issued by:** Ohio Edison, PO Box 3637, Akron OH 44309-3637

| Messages | |
|---|---|

For more information about the RTO Expense Surcharge, small business customers should visit www.fes.com/RTOexpense. Commercial and Industrial customers should visit www.fes.com /RTOexpenseCI.

To avoid a 1.50% Late Payment Charge being added to your bill, please pay the **Amount Due** by the Due Date.

Your next meter reading is scheduled to occur on or about Jul 17, 2014.

Pursuant to Ohio law, it is illegal for your electric meter and associated equipment to be tampered with to obtain unauthorized use of electricity. As specified in the Ohio Revised Code, persons found guilty of stealing electricity or tampering may be subject to jail sentences up to five years and fines up to $10,000. Meter tampering is dangerous and could result in serious personal injury or damage to property. Ohio Law requires this message.

We contract with various establishments in your area to make paying your electric bill more convenient. When paying your bill in person, please use authorized payment locations only. We cannot verify receipt of payments made at unauthorized locations. For more information and other available payment options, visit www.firstenergycorp.com/paymentoptions.

| Account Summary | Amount Due |
|---|---|
| Previous Balance | ▮▮▮ |
| Payments/Adjustments | ▮▮▮ |
| **Balance at Billing on Jun 23, 2014** | ▮▮▮ |
| Ohio Edison | ▮▮▮ |
| FirstEnergy Solutions Corp - Consumption | ▮▮▮ |
| **Total Current Charges** | ▮▮▮ |
| **Amount Due by Jul 14, 2014** | ▮▮▮ |

| Usage Information for Meter Number | |
|---|---|
| Jun 17, 2014 KWH Reading (Actual) | |
| May 17, 2014 KWH Reading (Actual) | |
| Difference | |
| Multiplier | |
| KWH used | |
| Metered Load in KW | |
| Jun 17, 2014 KVARH Reading (Actual) | |
| May 17, 2014 KVARH Reading (Actual) | |
| Difference | |
| Kilovar Hours Used | |
| Measured Lagging Reactive Demand | |
| Billed Load in KW/KVA | |
| Billed Reactive Demand | |

| Charges From Ohio Edison | |
|---|---|
| Customer Number: ▮▮▮ | |
| Rate: General Service Primary OE-GPD | |
| Customer Charge | |
| Distribution Related Component | |
| Cost Recovery Charges | |
| **Current Consumption Bill Charges** | |

| Charges From FirstEnergy Solutions Corp | |
|---|---|
| 341 White Pond Drive Bldg B3, Akron, OH 44320-1119 | |
| Customer Service: 1-888-254-6359 | |
| Account Number: ▮▮▮ Rate: | |

Please note: Your Certified Retail Electric Service Provider has changed your supply rate.

| | |
|---|---|
| RTO Expense Surcharge | 3,514.14 |
| Basic Charge | ▮▮▮ KWH x |
| **Total FirstEnergy Solutions Corp Charges** | |

| Detail Payment and Adjustment Information | |
|---|---|
| 05/29/14 Payment | |

| Account Balances by Company | | | | |
|---|---|---|---|---|
| | Previous Balance | Payments/ Adjustments | Current Charges | Amount Due |
| Ohio Edison | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| FirstEnergy Solutions Corp | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| **Total** | | | | |

Additional messages, if any, can be found on back.

| Usage History | |
|---|---|

| | | | |
|---|---|---|---|
| Jun 13 | | Dec 13 | |
| Jul 13 | | Jan 14 | |
| Aug 13 | | Feb 14 | |
| Sep 13 | | Mar 14 | |
| Oct 13 | | Apr 14 | |
| Nov 13 | | May 14 | |
| | | Jun 14 | |



0

J J A S O N D J F M A M J

A-Actual     E-Estimate     C-Customer

| Comparisons | Last Year | This Year |
|---|---|---|
| Average Daily Use (KWH) | | |
| Average Daily Temperature | | |
| Days in Billing Period | | |
| Last 12 Months Use (KWH) | | |
| Average Monthly Use (KWH) | | |

Return this part with a check or money order payable to Ohio Edison



76 South Main Street
Akron, OH 44308-1890

**Account Number:** ▮▮▮

| | | |
|---|---|---|
| **Amount** | **Paid** | |
| **Amount** | **Due** | ▮▮▮ |
| **Due Date** | | Jul 14, 2014 |

**SCHWEBEL BAKING CO**
**PO BOX 6018**
**YOUNGSTOWN OH 44501-6018**

**OHIO EDISON**
**PO BOX 3637**
**AKRON OH 44309-3637**

**Messages (Continued)**

## Explanation of Terms

**Business Distribution Credit -** Applied during the winter billing period for non-residential electric heat and/or water heating customers on a qualifying rate.

**Bypassable Generation and Transmission Related Component -** Charges for purchasing power and delivering it through the transmission system. These charges are avoided when switching to a Certified Retail Electric Service provider.

**Cost Recovery Charges -** Recovers previously incurred costs, including PUCO-approved Phase-In Recovery Charges OE collects from all customers on behalf of OE Funding, LLC which owns the right to impose and collect such charges.

**Customer Charge -** Monthly charge that offsets costs for billing, meter reading, equipment, and service line maintenance.

**Distribution Related Component -** Charge for moving electricity over distribution lines to a service location.

**Economic Development Component -** Charges related to economic development support.

**Estimated Reading -** On the months we do not read a meter, we calculate the bill based on past electrical usage.

**Kilowatt (KW) -** 1,000 watts of electricity.

**Kilovolt Amperes (KVA) -** Volts times amperes divided by 1,000. Actual measured power used for circuit sizing.

**Kilovolt-Amperes Reactive or kilovar (KVAR) -** The portion of electricity that establishes and sustains the electric and magnetic fields of ac equipment. It is used to control voltage on the transmission network.

**KWH (Kilowatt Hour) -** A unit of measure for electricity usage equal to 1,000 watts used for one hour.

**Late Payment Charge -** A charge added to the bill on balances owed after the Due Date.

**School Distribution Credit -** A distribution credit that replaces the former Energy for Education II Program.

## Important Information

If you have billing questions or complaints about your Ohio Edison account or for a written explanation of the Price to Compare:

**Call Customer Service** at 1-800-633-4766 from Monday - Friday, 8:00 a.m. - 6:00 p.m.

**Call Payment Options** at 1-800-686-3421 from Monday - Friday, 8:00 a.m. - 6:00 p.m.

**Visit our web site** at http://www.firstenergycorp.com

**Write to us** at The Ohio Edison, 76 S. Main St., A-RPC. Akron, OH 44308-1890.

**For customers who have a hearing or speech impairment** and use a text telephone, call the TTY (Teletype) at 1-800-750-0750.

**We welcome the opportunity** to work with you and will try to answer your questions. If your complaint is not resolved after you have called your electric utility, or for general utility information, residential and business customers may contact the public utilities commission of Ohio (PUCO) for assistance at 1-800-686-7826 (toll free) from eight a.m. to five p.m. weekdays, or at http://www.puco.ohio.gov. Hearing or speech impaired customers may contact the PUCO via 7-1-1 (Ohio relay service).

**For your protection,** all of our employees wear Photo I.D. badges.

**Electronic Check Conversion -** Your check authorizes us either to make a one-time electronic funds transfer (EFT) from your account or process as a check. If you have questions about this program, call 1-866-283-8081.



A FirstEnergy Company

June 19, 2014

**Billing Period:** **May 17 to Jun 17, 2014 for 32 days**
**Bill For:** SCHWEBEL BAKING CO
920 E MIDLOTHIAN BLVD
YOUNGSTOWN OH 44502

**Account Number:** ▉▉▉▉▉

**Amount Due:** ▉▉▉▉▉

**Due Date: July 10, 2014**

To report an emergency or an outage, call 24 hours a day 1-888-544-4877. For Customer Service, call 1-800-633-4766. For Payment Options, call 1-800-686-3421. Pay your bill online at www.firstenergycorp.com

**Bill issued by:** Ohio Edison, PO Box 3637, Akron OH 44309-3637

| Messages | Account Summary | Amount Due |
|---|---|---|

For more information about the RTO Expense Surcharge, small business customers should visit www.fes.com/RTOexpense. Commercial and Industrial customers should visit www.fes.com /RTOexpenseCI.

To avoid a 1.50% Late Payment Charge being added to your bill, please pay the **Amount Due** by the Due Date.

Your next meter reading is scheduled to occur on or about Jul 17, 2014.

Pursuant to Ohio law, it is illegal for your electric meter and associated equipment to be tampered with to obtain unauthorized use of electricity. As specified in the Ohio Revised Code, persons found guilty of stealing electricity or tampering may be subject to jail sentences up to five years and fines up to $10,000. Meter tampering is dangerous and could result in serious personal injury or damage to property. Ohio Law requires this message.

We contract with various establishments in your area to make paying your electric bill more convenient. When paying your bill in person, please use authorized payment locations only. We cannot verify receipt of payments made at unauthorized locations. For more information and other available payment options, visit www.firstenergycorp.com/paymentoptions.

Additional messages, if any, can be found on back.

| Account Summary | Amount Due |
|---|---|
| Previous Balance | ▉▉ |
| Payments/Adjustments | ▉▉ |
| **Balance at Billing on Jun 19, 2014** | ▉▉ |
| Ohio Edison | ▉▉ |
| FirstEnergy Solutions Corp - Consumption | ▉▉ |
| **Total Current Charges** | |
| **Amount Due by Jul 10, 2014** | |

**Usage Information for Meter Number** ▉▉▉▉

| | |
|---|---|
| Jun 17, 2014 KWH Reading (Actual) | |
| May 17, 2014 KWH Reading (Actual) | |
| Difference | |
| Multiplier | |
| KWH used | |
| Metered Load in KW | |
| Measured Lagging Reactive Demand | |
| Billed Load in KW/KVA | |
| Billed Reactive Demand | |

**Charges From Ohio Edison**

Customer Number:
Rate: General Service Secondary OE-GSD

| | |
|---|---|
| Customer Charge | ▉▉ |
| Distribution Related Component | ▉▉ |
| Cost Recovery Charges | ▉▉ |
| **Current Consumption Bill Charges** | |

**Charges From FirstEnergy Solutions Corp**

341 White Pond Drive Bldg B3, Akron, OH 44320-1119
Customer Service: 1-888-254-6359

Account Number: ▉▉▉▉ Rate: ▉▉

| | | |
|---|---|---|
| RTO Expense Surcharge | | 96.35 |
| Basic Charge | KWH x | |
| **Total FirstEnergy Solutions Corp Charges** | | |

**Detail Payment and Adjustment Information**

05/29/14 Payment

**Account Balances by Company**

| | Previous Balance | Payments/ Adjustments | Current Charges | Amount Due |
|---|---|---|---|---|
| Ohio Edison | ▉▉ | ▉▉ | ▉▉ | ▉▉ |
| FirstEnergy Solutions Corp | ▉▉ | ▉▉ | ▉▉ | ▉▉ |
| Total | ▉▉ | ▉▉ | ▉▉ | ▉▉ |

**Usage History**



| | | | |
|---|---|---|---|
| Jun | 13 | Dec | 13 |
| Jul | 13 | Jan | 14 |
| Aug | 13 | Feb | 14 |
| Sep | 13 | Mar | 14 |
| Oct | 13 | Apr | 14 |
| Nov | 13 | May | 14 |
| | | Jun | 14 |

0

J J A S O N D J F M A M J

A-Actual     E-Estimate     C-Customer

| Comparisons | Last Year | This Year |
|---|---|---|
| Average Daily Use (KWH) | | |
| Average Daily Temperature | | |
| Days in Billing Period | | |
| Last 12 Months Use (KWH) | | |
| Average Monthly Use (KWH) | | |

Return this part with a check or money order payable to Ohio Edison

A FirstEnergy Company

76 South Main Street
Akron, OH 44308-1890

Account Number: ▉▉▉▉

| | | |
|---|---|---|
| **Amount** | **Paid** | |
| **Amount** | **Due** | ▉▉ |
| **Due Date** | | Jul 10, 2014 |

SCHWEBEL BAKING CO
▉▉ 6018
YOUNGSTOWN OH 44501-6018

OHIO EDISON
PO BOX 3637
AKRON OH 44309-3637

**Messages (Continued)**

## Explanation of Terms

**Business Distribution Credit -** Applied during the winter billing period for non-residential electric heat and/or water heating customers on a qualifying rate.

**Bypassable Generation and Transmission Related Component -** Charges for purchasing power and delivering it through the transmission system. These charges are avoided when switching to a Certified Retail Electric Service provider.

**Cost Recovery Charges -** Recovers previously incurred costs, including PUCO-approved Phase-In Recovery Charges OE collects from all customers on behalf of OE Funding, LLC which owns the right to impose and collect such charges.

**Customer Charge -** Monthly charge that offsets costs for billing, meter reading, equipment, and service line maintenance.

**Distribution Related Component -** Charge for moving electricity over distribution lines to a service location.

**Economic Development Component -** Charges related to economic development support.

**Estimated Reading -** On the months we do not read a meter, we calculate the bill based on past electrical usage.

**Kilowatt (KW) -** 1,000 watts of electricity.

**Kilovolt Amperes (KVA) -** Volts times amperes divided by 1,000. Actual measured power used for circuit sizing.

**Kilovolt-Amperes Reactive or kilovar (KVAR) -** The portion of electricity that establishes and sustains the electric and magnetic fields of ac equipment. It is used to control voltage on the transmission network.

**KWH (Kilowatt Hour) -** A unit of measure for electricity usage equal to 1,000 watts used for one hour.

**Late Payment Charge -** A charge added to the bill on balances owed after the Due Date.

**School Distribution Credit -** A distribution credit that replaces the former Energy for Education II Program.

## Important Information

If you have billing questions or complaints about your Ohio Edison account or for a written explanation of the Price to Compare:

**Call Customer Service** at 1-800-633-4766 from Monday - Friday, 8:00 a.m. - 6:00 p.m.

**Call Payment Options** at 1-800-686-3421 from Monday - Friday, 8:00 a.m. - 6:00 p.m.

**Visit our web site** at http://www.firstenergycorp.com

**Write to us** at The Ohio Edison, 76 S. Main St., A-RPC. Akron, OH 44308-1890.

**For customers who have a hearing or speech impairment** and use a text telephone, call the TTY (Teletype) at 1-800-750-0750.

**We welcome the opportunity** to work with you and will try to answer your questions. If your complaint is not resolved after you have called your electric utility, or for general utility information, residential and business customers may contact the public utilities commission of Ohio (PUCO) for assistance at 1-800-686-7826 (toll free) from eight a.m. to five p.m. weekdays, or at http://www.puco.ohio.gov. Hearing or speech impaired customers may contact the PUCO via 7-1-1 (Ohio relay service).

**For your protection,** all of our employees wear Photo I.D. badges.

**Electronic Check Conversion -** Your check authorizes us either to make a one-time electronic funds transfer (EFT) from your account or process as a check. If you have questions about this program, call 1-866-283-8081.


*A FirstEnergy Company*

June 19, 2014

**Account Number:** ██████████

**Amount Due:** ████████

**Due Date: July 10, 2014**

**Billing Period:** **May 17 to Jun 17, 2014 for 32 days**
**Bill For:**   SCHWEBEL BAKING CO
920 E MIDLOTHIAN BLVD
YOUNGSTOWN OH 44502

---

To report an emergency or an outage, call 24 hours a day 1-888-544-4877.  For Customer Service, call 1-800-633-4766.  For Payment Options, call
1-800-686-3421.   Pay your bill online at www.firstenergycorp.com
**Bill issued by:** Ohio Edison, PO Box 3637, Akron OH 44309-3637

| Messages | Account Summary | Amount Due |
|---|---|---|
| For more information about the RTO Expense Surcharge, small business customers should visit www.fes.com/RTOexpense. Commercial and Industrial customers should visit www.fes.com /RTOexpenseCI. | Previous Balance | ██ |
| | Payments/Adjustments | ██ |
| To avoid a 1.50% Late Payment Charge being added to your bill, please pay the **Amount Due** by the Due Date. | **Balance at Billing on Jun 19, 2014** | ██ |
| | Ohio Edison | ██ |
| Your next meter reading is scheduled to occur on or about Jul 17, 2014. | FirstEnergy Solutions Corp - Consumption | ██ |
| | **Total Current Charges** | ██ |
| Pursuant to Ohio law, it is illegal for your electric meter and associated equipment to be tampered with to obtain unauthorized use of electricity.  As specified in the Ohio Revised Code, persons found guilty of stealing electricity or tampering may be subject to jail sentences up to five years and fines up to $10,000. Meter tampering is dangerous and could result in serious personal injury or damage to property.  Ohio Law requires this message. | **Amount Due by Jul 10, 2014** | |

### Usage Information for Meter Number ██████

Jun 17, 2014 KWH Reading (Estimate)
May 17, 2014 KWH Reading (Actual)
Difference
Multiplier
KWH used
Metered Load in KW
Measured Lagging Reactive Demand
Billed Load in KW/KVA
Billed Reactive Demand

We contract with various establishments in your area to make paying your electric bill more convenient.  When paying your bill in person, please use authorized payment locations only.  We cannot verify receipt of payments made at unauthorized locations.  For more information and other available payment options, visit www.firstenergycorp.com/paymentoptions.

### Charges From Ohio Edison

Customer Number:
Rate: General Service Secondary OE-GSD
Customer Charge
Distribution Related Component
Cost Recovery Charges
**Current Consumption Bill Charges**

### Charges From FirstEnergy Solutions Corp

341 White Pond Drive Bldg B3, Akron, OH  44320-1119
Customer Service: 1-888-254-6359

Account Number:      Rate:
RTO Expense Surcharge                                                    43.15
Basic Charge                                    KWH x
**Total FirstEnergy Solutions Corp Charges**

### Detail Payment and Adjustment Information

05/29/14  Payment

Additional messages, if any, can be found on back.

### Account Balances by Company

| | Previous Balance | Payments/ Adjustments | Current Charges | Amount Due |
|---|---|---|---|---|
| Ohio Edison | | | | |
| FirstEnergy Solutions Corp | ██ | ██ | ██ | ██ |
| Total | ██ | ██ | ██ | ██ |

### Usage History

| | |
|---|---|
| Jun  13 | Dec  13 |
| Jul  13 | Jan  14 |
| Aug  13 | Feb  14 |
| Sep  13 | Mar  14 |
| Oct  13 | Apr  14 |
| Nov  13 | May  14 |
| | Jun  14 |

0        J  J  A  S  O  N  D  J  F  M  A  M  J

| A-Actual | E-Estimate | C-Customer |
|---|---|---|

| Comparisons | Last Year | This Year |
|---|---|---|
| Average Daily Use (KWH) | | |
| Average Daily Temperature | | |
| Days in Billing Period | | |
| Last 12 Months Use (KWH) | | |
| Average Monthly Use (KWH) | | |

---

Return  this  part  with  a  check  or  money  order  payable  to  Ohio  Edison


*A FirstEnergy Company*

**76 South Main Street**
**Akron, OH  44308-1890**

Account Number: ██████████

| Amount    **Paid** | |
|---|---|
| Amount    **Due** | ████ |
| **Due Date** | **Jul 10, 2014** |

**SCHWEBEL BAKING CO**
**PO BOX 6018**
**YOUNGSTOWN  OH  44501-6018**

**OHIO EDISON**
**PO BOX 3637**
**AKRON OH 44309-3637**

**Messages (Continued)**

## Explanation of Terms

**Business Distribution Credit -** Applied during the winter billing period for non-residential electric heat and/or water heating customers on a qualifying rate.

**Bypassable Generation and Transmission Related Component -** Charges for purchasing power and delivering it through the transmission system. These charges are avoided when switching to a Certified Retail Electric Service provider.

**Cost Recovery Charges -** Recovers previously incurred costs, including PUCO-approved Phase-In Recovery Charges OE collects from all customers on behalf of OE Funding, LLC which owns the right to impose and collect such charges.

**Customer Charge -** Monthly charge that offsets costs for billing, meter reading, equipment, and service line maintenance.

**Distribution Related Component -** Charge for moving electricity over distribution lines to a service location.

**Economic Development Component -** Charges related to economic development support.

**Estimated Reading -** On the months we do not read a meter, we calculate the bill based on past electrical usage.

**Kilowatt (KW) -** 1,000 watts of electricity.

**Kilovolt Amperes (KVA) -** Volts times amperes divided by 1,000. Actual measured power used for circuit sizing.

**Kilovolt-Amperes Reactive or kilovar (KVAR) -** The portion of electricity that establishes and sustains the electric and magnetic fields of ac equipment. It is used to control voltage on the transmission network.

**KWH (Kilowatt Hour) -** A unit of measure for electricity usage equal to 1,000 watts used for one hour.

**Late Payment Charge -** A charge added to the bill on balances owed after the Due Date.

**School Distribution Credit -** A distribution credit that replaces the former Energy for Education II Program.

## Important Information

If you have billing questions or complaints about your Ohio Edison account or for a written explanation of the Price to Compare:

**Call Customer Service**    at 1-800-633-4766 from Monday - Friday, 8:00 a.m. - 6:00 p.m.

**Call Payment Options**    at 1-800-686-3421 from Monday - Friday, 8:00 a.m. - 6:00 p.m.

**Visit our web site**    at http://www.firstenergycorp.com

**Write to us**    at The Ohio Edison, 76 S. Main St., A-RPC. Akron, OH 44308-1890.

**For customers who have a hearing or speech impairment**    and use a text telephone, call the TTY (Teletype) at 1-800-750-0750.

**We welcome the opportunity**   to work with you and will try to answer your questions. If your complaint is not resolved after you have called your electric utility, or for general utility information, residential and business customers may contact the public utilities commission of Ohio (PUCO) for assistance at 1-800-686-7826 (toll free) from eight a.m. to five p.m. weekdays, or at http://www.puco.ohio.gov. Hearing or speech impaired customers may contact the PUCO via 7-1-1 (Ohio relay service).

**For your protection,**   all of our employees wear Photo I.D. badges.

**Electronic Check Conversion -** Your check authorizes us either to make a one-time electronic funds transfer (EFT) from your account or process as a check. If you have questions about this program, call 1-866-283-8081.



**OhioEdison**
*A FirstEnergy Company*

Bill Based On: Estimated Meter Reading

June 17, 2014

**Account Number**

**Billing Period:** May 14 to Jun 13, 2014 for 31 days
**Bill For:** SCHWEBEL BAKING CO
936 YOUNGSTOWN POLAND RD
STRUTHERS OH 44471

**Amount Due:**

**Due Date: July 08, 2014**

To report an emergency or an outage, call 24 hours a day 1-888-544-4877. For Customer Service, call 1-800-633-4766. For Payment Options, call 1-800-686-3421. Pay your bill online at www.firstenergycorp.com
**Bill issued by:** Ohio Edison, PO Box 3637, Akron OH 44309-3637

| Messages | Account Summary | Amount Due |
|---|---|---|

For more information about the RTO Expense Surcharge, small business customers should visit www.fes.com/RTOexpense. Commercial and Industrial customers should visit www.fes.com/RTOexpenseCI.

To avoid a 1.50% Late Payment Charge being added to your bill, please pay the **Amount Due** by the Due Date.

Your next meter reading is scheduled to occur on or about Jul 14, 2014.

Pursuant to Ohio law, it is illegal for your electric meter and associated equipment to be tampered with to obtain unauthorized use of electricity. As specified in the Ohio Revised Code, persons found guilty of stealing electricity or tampering may be subject to jail sentences up to five years and fines up to $10,000. Meter tampering is dangerous and could result in serious personal injury or damage to property. Ohio Law requires this message.

We contract with various establishments in your area to make paying your electric bill more convenient. When paying your bill in person, please use authorized payment locations only. We cannot verify receipt of payments made at unauthorized locations. For more information and other available payment options, visit www.firstenergycorp.com/paymentoptions.

**Account Summary**

Previous Balance
Payments/Adjustments
**Balance at Billing on Jun 17, 2014**

Ohio Edison
FirstEnergy Solutions Corp - Consumption
**Total Current Charges**

**Amount Due by Jul 08, 2014**

**Usage Information for Meter Number**

Jun 13, 2014 KWH Reading (Estimate)
May 14, 2014 KWH Reading (Actual)
KWH used
Measured Lagging Reactive Demand
Billed Load in KW/KVA
Billed Reactive Demand

**Charges From Ohio Edison**

Customer Number:
Rate: General Service Secondary OE-GSD
Customer Charge
Distribution Related Component
Cost Recovery Charges
**Current Consumption Bill Charges**

**Charges From FirstEnergy Solutions Corp**

341 White Pond Drive Bldg B3, Akron, OH 44320-1119
Customer Service: 1-888-254-6359

| | | |
|---|---|---|
| Account Number: Rate | | |
| RTO Expense Surcharge | | 19.21 |
| Basic Charge | KWH x | |
| **Total FirstEnergy Solutions Corp Charges** | | |

**Detail Payment and Adjustment Information**

05/29/14 Payment

**Account Balances by Company**

| | Previous Balance | Payments/ Adjustments | Current Charges | Amount Due |
|---|---|---|---|---|
| Ohio Edison | | | | |
| FirstEnergy Solutions Corp | | | | |
| Total | | | | |

Additional messages, if any, can be found on back.

**Usage History**

| | |
|---|---|
| Jun 13 | Dec 13 |
| Jul 13 | Jan 14 |
| Aug 13 | Feb 14 |
| Sep 13 | Mar 14 |
| Oct 13 | Apr 14 |
| Nov 13 | May 14 |
| | Jun 14 |

0
J J A S O N D J F M A M J

A-Actual    E-Estimate    C-Customer

| Comparisons | Last Year | This Year |
|---|---|---|
| Average Daily Use (KWH) | | |
| Average Daily Temperature | | |
| Days in Billing Period | | |
| Last 12 Months Use (KWH) | | |
| Average Monthly Use (KWH) | | |

Return this part with a check or money order payable to Ohio Edison



**OhioEdison**
*A FirstEnergy Company*

76 South Main Street
Akron, OH 44308-1890

Account Number:

| Amount | Paid | |
|---|---|---|
| Amount | Due | |
| Due Date | | Jul 08, 2014 |

SCHWEBEL BAKING CO
PO BOX 6018
YOUNGSTOWN OH 44501-6018

OHIO EDISON
PO BOX 3637
AKRON OH 44309-3637

**Messages (Continued)**

## Explanation of Terms

**Business Distribution Credit -** Applied during the winter billing period for non-residential electric heat and/or water heating customers on a qualifying rate.

**Bypassable Generation and Transmission Related Component -** Charges for purchasing power and delivering it through the transmission system. These charges are avoided when switching to a Certified Retail Electric Service provider.

**Cost Recovery Charges -** Recovers previously incurred costs, including PUCO-approved Phase-In Recovery Charges OE collects from all customers on behalf of OE Funding, LLC which owns the right to impose and collect such charges.

**Customer Charge -** Monthly charge that offsets costs for billing, meter reading, equipment, and service line maintenance.

**Distribution Related Component -** Charge for moving electricity over distribution lines to a service location.

**Economic Development Component -** Charges related to economic development support.

**Estimated Reading -** On the months we do not read a meter, we calculate the bill based on past electrical usage.

**Kilowatt (KW) -** 1,000 watts of electricity.

**Kilovolt Amperes (KVA) -** Volts times amperes divided by 1,000. Actual measured power used for circuit sizing.

**Kilovolt-Amperes Reactive or kilovar (KVAR) -** The portion of electricity that establishes and sustains the electric and magnetic fields of ac equipment. It is used to control voltage on the transmission network.

**KWH (Kilowatt Hour) -** A unit of measure for electricity usage equal to 1,000 watts used for one hour.

**Late Payment Charge -** A charge added to the bill on balances owed after the Due Date.

**School Distribution Credit -** A distribution credit that replaces the former Energy for Education II Program.

## Important Information

If you have billing questions or complaints about your Ohio Edison account or for a written explanation of the Price to Compare:

**Call Customer Service** at 1-800-633-4766 from Monday - Friday, 8:00 a.m. - 6:00 p.m.

**Call Payment Options** at 1-800-686-3421 from Monday - Friday, 8:00 a.m. - 6:00 p.m.

**Visit our web site** at http://www.firstenergycorp.com

**Write to us** at The Ohio Edison, 76 S. Main St., A-RPC. Akron, OH 44308-1890.

**For customers who have a hearing or speech impairment** and use a text telephone, call the TTY (Teletype) at 1-800-750-0750.

**We welcome the opportunity** to work with you and will try to answer your questions. If your complaint is not resolved after you have called your electric utility, or for general utility information, residential and business customers may contact the public utilities commission of Ohio (PUCO) for assistance at 1-800-686-7826 (toll free) from eight a.m. to five p.m. weekdays, or at http://www.puco.ohio.gov. Hearing or speech impaired customers may contact the PUCO via 7-1-1 (Ohio relay service).

**For your protection,** all of our employees wear Photo I.D. badges.

**Electronic Check Conversion -** Your check authorizes us either to make a one-time electronic funds transfer (EFT) from your account or process as a check. If you have questions about this program, call 1-866-283-8081.


*A FirstEnergy Company*

July 02, 2014

**Account Number** ████████

**Amount Due:** ████████

**Due Date: July 23, 2014**

**Billing Period:** May 31 to Jun 30, 2014 for 31 days
**Bill For:** SCHWEBEL BAKING CO
3800 MAHONING AVE
YOUNGSTOWN OH 44515

To report an emergency or an outage, call 24 hours a day 1-888-544-4877. For Customer Service, call 1-800-633-4766. For Payment Options, call 1-800-686-3421. Pay your bill online at www.firstenergycorp.com
**Bill issued by:** Ohio Edison, PO Box 3637, Akron OH 44309-3637

| Messages | Account Summary | Amount Due |
|---|---|---|
| For more information about the RTO Expense Surcharge, small business customers should visit www.fes.com/RTOexpense. Commercial and Industrial customers should visit www.fes.com/RTOexpenseCI. | Previous Balance | ████ |
| | Payments/Adjustments | ████ |
| | **Balance at Billing on Jul 02, 2014** | ████ |
| To avoid a 1.50% Late Payment Charge being added to your bill, please pay the **Amount Due** by the Due Date. | Ohio Edison | ████ |
| | FirstEnergy Solutions Corp - Consumption | ████ |
| Your next meter reading is scheduled to occur on or about Jul 30, 2014. | **Total Current Charges** | |
| | **Amount Due by Jul 23, 2014** | |

**Usage Information for Meter Number** ████

Tree branches and shrubs -- and insects that nest in vegetation -- can make it difficult and, at times, unsafe for our employees to read your meter. Please be sure your meter is easily accessible by clearing the path to it and the area around it.

| Jun 30, 2014 KWH Reading (Actual) | |
| Jun 31, 2014 KWH Reading (Actual) | |
| KWH Used | |
| Billed Load in KW/KVA | |

For a brochure describing your customer rights and obligations, please call our Customer Service phone number.

**Charges From Ohio Edison**

Customer Number: ████████
Rate: General Service Secondary OE-GSD

| Customer Charge | ████ |
| Distribution Related Component | ████ |
| Cost Recovery Charges | ████ |
| **Current Consumption Bill Charges** | |

**Charges From FirstEnergy Solutions Corp**
341 White Pond Drive Bldg B3, Akron, OH 44320-1119
Customer Service: 1-888-254-6359

Account Number: ████ Rate:

| RTO Expense Surcharge | |
| Basic Charge | KWH x | 22.71 |
| **Total FirstEnergy Solutions Corp Charges** | |

**Detail Payment and Adjustment Information**
06/11/14 Payment

**Account Balances by Company**

| | Previous Balance | Payments/ Adjustments | Current Charges | Amount Due |
|---|---|---|---|---|
| Ohio Edison | ████ | ████ | ████ | ████ |
| FirstEnergy Solutions Corp | | | | |
| **Total** | ████ | ████ | ████ | ████ |

**Additional messages, if any, can be found on back.**

**Usage History**

| Jul | 13 | ████ | Jan | 14 | ████ |
| Aug | 13 | ████ | Feb | 14 | ████ |
| Sep | 13 | ████ | Mar | 14 | ████ |
| Oct | 13 | ████ | Apr | 14 | ████ |
| Nov | 13 | ████ | May | 14 | ████ |
| Dec | 13 | ████ | Jun | 14 | ████ |
| | | | Jul | 14 | |



J A S O N D J F M A M J J

A-Actual     E-Estimate     C-Customer

| Comparisons | Last Year | This Year |
|---|---|---|
| Average Daily Use (KWH) | | |
| Average Daily Temperature | | |
| Days in Billing Period | | |
| Last 12 Months Use (KWH) | | |
| Average Monthly Use (KWH) | | |

Return this part with a check or money order payable to Ohio Edison


*A FirstEnergy Company*

**76 South Main Street**
**Akron, OH 44308-1890**

Account Number: ████



| Amount | **Paid** | |
| Amount | **Due** | ████ |
| **Due Date** | | **Jul 23, 2014** |

SCHWEBEL BAKING CO
PO BOX 6018
YOUNGSTOWN  OH 44501 -6018

**OHIO EDISON**
**PO BOX 3637**
**AKRON OH 44309-3637**

**Messages (Continued)**

## Explanation of Terms

**Business Distribution Credit -** Applied during the winter billing period for non-residential electric heat and/or water heating customers on a qualifying rate.

**Bypassable Generation and Transmission Related Component -** Charges for purchasing power and delivering it through the transmission system. These charges are avoided when switching to a Certified Retail Electric Service provider.

**Cost Recovery Charges -** Recovers previously incurred costs, including PUCO-approved Phase-In Recovery Charges OE collects from all customers on behalf of OE Funding, LLC which owns the right to impose and collect such charges.

**Customer Charge -** Monthly charge that offsets costs for billing, meter reading, equipment, and service line maintenance.

**Distribution Related Component -** Charge for moving electricity over distribution lines to a service location.

**Economic Development Component -** Charges related to economic development support.

**Estimated Reading -** On the months we do not read a meter, we calculate the bill based on past electrical usage.

**Kilowatt (KW) -** 1,000 watts of electricity.

**Kilovolt Amperes (KVA) -** Volts times amperes divided by 1,000. Actual measured power used for circuit sizing.

**Kilovolt-Amperes Reactive or kilovar (KVAR) -** The portion of electricity that establishes and sustains the electric and magnetic fields of ac equipment. It is used to control voltage on the transmission network.

**KWH (Kilowatt Hour) -** A unit of measure for electricity usage equal to 1,000 watts used for one hour.

**Late Payment Charge -** A charge added to the bill on balances owed after the Due Date.

**School Distribution Credit -** A distribution credit that replaces the former Energy for Education II Program.

## Important Information

If you have billing questions or complaints about your Ohio Edison account or for a written explanation of the Price to Compare:

**Call Customer Service** at 1-800-633-4766 from Monday - Friday, 8:00 a.m. - 6:00 p.m.

**Call Payment Options** at 1-800-686-3421 from Monday - Friday, 8:00 a.m. - 6:00 p.m.

**Visit our web site** at http://www.firstenergycorp.com

**Write to us** at The Ohio Edison, 76 S. Main St., A-RPC. Akron, OH 44308-1890.

**For customers who have a hearing or speech impairment** and use a text telephone, call the TTY (Teletype) at 1-800-750-0750.

**We welcome the opportunity** to work with you and will try to answer your questions. If your complaint is not resolved after you have called your electric utility, or for general utility information, residential and business customers may contact the public utilities commission of Ohio (PUCO) for assistance at 1-800-686-7826 (toll free) from eight a.m. to five p.m. weekdays, or at http://www.puco.ohio.gov. Hearing or speech impaired customers may contact the PUCO via 7-1-1 (Ohio relay service).

**For your protection,** all of our employees wear Photo I.D. badges.

**Electronic Check Conversion -** Your check authorizes us either to make a one-time electronic funds transfer (EFT) from your account or process as a check. If you have questions about this program, call 1-866-283-8081.



Bill Based On: Estimated Meter Reading

July 10, 2014

**Billing Period:** Jun 06 to Jul 08, 2014 for 33 days
**Bill For:** SCHWEBEL BAKING CO
7578 TYLER BLVD
MENTOR OH 44060

**Account Number:**

**Amount Due:**

**Due Date:  July 31, 2014**

To report an emergency or an outage, call 24 hours a day 1-888-544-4877.  For Customer Service, call 1-800-589-3101.  For Payment Options, call 1-800-686-9901.    Pay your bill online at www.firstenergycorp.com
**Bill issued by:** The Illuminating Company, PO Box 3638, Akron, OH 44309-3638

| Messages | Account Summary | Amount Due |
|---|---|---|
| For more information about the RTO Expense Surcharge, small business customers should visit www.fes.com/RTOexpense. Commercial and Industrial customers should visit www.fes.com/RTOexpenseCl. | Previous Balance | |
| | Payments/Adjustments | |
| | **Balance at Billing on Jul 10, 2014** | |
| To avoid a 1.50% Late Payment Charge being added to your bill, please pay the **Amount Due** by the Due Date. | | |
| | The Illuminating Company | |
| | FirstEnergy Solutions Corp - Consumption | |
| Your next meter reading is scheduled to occur on or about Aug 07, 2014. | **Total Current Charges** | |
| | **Amount Due by Jul 31, 2014** | |

| Usage Information for Meter Number | | |
|---|---|---|
| Tree branches and shrubs -- and insects that nest in vegetation -- can make it difficult and, at times, unsafe for our employees to read your meter. Please be sure your meter is easily accessible by clearing the path to it and the area around it. | Jul 08, 2014 KWH Reading (Estimate) | |
| | Jun 06, 2014 KWH Reading (Actual) | |
| | KWH Used | |
| | Measured Lagging Reactive Demand | |
| For a brochure describing your customer rights and obligations, please call our Customer Service phone number. | Billed Load in KW/KVA | |
| | Billed Reactive Demand | |

| Charges From The Illuminating Company | |
|---|---|
| Customer Number: | |
| Rate:  General Service Secondary CE-GSD | |
| Customer Charge | |
| Distribution Related Component | |
| Cost Recovery Charges | |
| **Current Consumption Bill Charges** | |

| Charges From FirstEnergy Solutions Corp | | |
|---|---|---|
| 341 White Pond Drive Bldg B3, Akron, OH  44320-1119 | | |
| Customer Service: 1-888-254-6359 | | |
| Account Number:        Rate: | | |
| RTO Expense Surcharge | | 45.02 |
| Basic Charge | KWH  x | |
| **Total FirstEnergy Solutions Corp Charges** | | |

| Detail Payment and Adjustment Information | |
|---|---|
| 06/17/14   Payment | |

| Account Balances by Company | | | | |
|---|---|---|---|---|
| | Previous Balance | Payments/ Adjustments | Current Charges | Amount Due |
| The Illuminating Company | | | | |
| FirstEnergy  Solutions  Corp | | | | |
| Total | | | | |

Additional messages, if any, can be found on back.

**Usage History**

| | | | |
|---|---|---|---|
| Jul | 13 | Jan | 14 |
| Aug | 13 | Feb | 14 |
| Sep | 13 | Mar | 14 |
| Oct | 13 | Apr | 14 |
| Nov | 13 | May | 14 |
| Dec | 13 | Jun | 14 |
| | | Jul | 14 |

0
J  A  S  O  N  D  J  F  M  A  M  J  J

A-Actual           E-Estimate           C-Customer

| Comparisons | Last Year | This Year |
|---|---|---|
| Average Daily Use (KWH) | | |
| Average Daily Temperature | | |
| Days in Billing Period | | |
| Last 12 Months Use (KWH) | | |
| Average Monthly Use (KWH) | | |

Return  this  part  with  a  check  or  money  order
payable  to  The  Illuminating  Company


**76 South Main Street**
**Akron, OH  44308-1890**

**SCHWEBEL BAKING CO**
**PO BOX 6018**
**YOUNGSTOWN   OH  44501-6018**

Account Number:

| Amount | Paid | |
|---|---|---|
| Amount | Due | |
| Due Date | | Jul 31, 2014 |

**THE ILLUMINATING COMPANY**
**PO BOX 3638**
**AKRON OH 44309-3638**

**Messages (Continued)**

## Explanation of Terms

**Business Distribution Credit -** Applied during the winter billing period for non-residential electric heat and/or water heating customers on a qualifying rate.

**Bypassable Generation and Transmission Related Component -** Charges for purchasing power and delivering it through the transmission system. These charges are avoided when switching to a Certified Retail Electric Service provider.

**Cost Recovery Charges -** Recovers previously incurred costs, including PUCO-approved Phase-In Recovery Charges CEI collects from all customers on behalf of CEI Funding, LLC which owns the right to impose and collect such charges.

**Customer Charge -** Monthly charge that offsets costs for billing, meter reading, equipment, and service line maintenance.

**Distribution Related Component -** Charge for moving electricity over distribution lines to a service location.

**Economic Development Component -** Charges related to economic development support.

**Estimated Reading -** On the months we do not read a meter, we calculate the bill based on past electrical usage.

**Kilovolt Amperes (KVA) -** Volts times amperes divided by 1,000. Actual measured power used for circuit sizing.

**Kilovolt-Amperes Reactive or kilovar (KVAR) -** The portion of electricity that establishes and sustains the electric and magnetic fields of ac equipment. It is used to control voltage on the transmission network.

**Kilowatt (KW) -** Unit of electric power representing a rate of consumption equivalent to 1,000 watts.

**KWH (Kilowatt Hour) -** A unit of measure for electricity usage equal to 1,000 watts used for one hour.

**Late Payment Charge -** A charge added to the bill on balances owed after the Due Date.

**School Distribution Credit -** A distribution credit that replaces the former Energy for Education II Program.

## Important Information

If you have billing questions or complaints about your Illuminating Company account or for a written explanation of the Price to Compare:

**Call Customer Service** at 1-800-589-3101 from Monday - Friday, 8:00 a.m. - 6:00 p.m.

**Call Payment Options** at 1-800-686-9901 from Monday - Friday, 8:00 a.m. - 6:00 p.m.

**Visit our web site** at http://www.firstenergycorp.com

**Write to us** at The Illuminating Company, 76 S. Main St., A-RPC. Akron, OH 44308-1890.

**For customers who have a hearing or speech impairment** and use a text telephone, call the TTY (Teletype) at 1-800-750-0750.

**We welcome the opportunity** to work with you and will try to answer your questions. If your complaint is not resolved after you have called your electric utility, or for general utility information, residential and business customers may contact the public utilities commission of Ohio (PUCO) for assistance at 1-800-686-7826 (toll free) from eight a.m. to five p.m. weekdays, or at http://www.puco.ohio.gov. Hearing or speech impaired customers may contact the PUCO via 7-1-1 (Ohio relay service).

**For your protection,** all of our employees wear Photo I.D. badges.

**Electronic Check Conversion -** Your check authorizes us either to make a one-time electronic funds transfer (EFT) from your account or process as a check. If you have questions about this program, call 1-866-283-8081.



Bill Based On: Actual Meter Reading

July 07, 2014

**Account Number:** ▮▮▮▮▮

**Amount Due: $** ▮▮▮▮▮

**Billing Period:** Jun 04 to Jul 02, 2014 for 29 days

**Bill For:** SCHWEBEL BAKING CO
6250 CAMP INDUSTRIAL RD
SOLON OH 44139

**Due Date: July 28, 2014**

To report an emergency or an outage, call 24 hours a day 1-888-544-4877. For Customer Service, call 1-800-589-3101. For Payment Options, call 1-800-686-9901. Pay your bill online at www.firstenergycorp.com

**Bill issued by:** The Illuminating Company, PO Box 3638, Akron OH 44309-3638

| Messages | Account Summary | Amount Due |
|---|---|---|
| For more information about the RTO Expense Surcharge, small business customers should visit www.fes.com/RTOexpense. Commercial and Industrial customers should visit www.fes.com /RTOexpenseCI. | Previous Balance | ▮▮ |
| | Payments/Adjustments | ▮▮ |
| To avoid a 1.50% Late Payment Charge being added to your bill, please pay the **Amount Due** by the Due Date. | **Balance at Billing on Jul 07, 2014** | ▮▮ |
| | The Illuminating Company | ▮▮ |
| Your next meter reading is scheduled to occur on or about Aug 01, 2014. | FirstEnergy Solutions Corp - Consumption | ▮▮ |
| | **Total Current Charges** | ▮▮ |
| Tree branches and shrubs -- and insects that nest in vegetation -- can make it difficult and, at times, unsafe for our employees to read your meter. Please be sure your meter is easily accessible by clearing the path to it and the area around it. | **Amount Due by Jul 28, 2014** | ▮ |

### Usage Information for Meter Number ▮▮▮

| | |
|---|---|
| Jul 02, 2014 KWH Reading (Actual) | |
| Jun 04, 2014 KWH Reading (Actual) | |
| Difference | |
| Multiplier | |
| KWH used | |
| Metered Load in KW | |
| Measured Lagging Reactive Demand | |
| Billed Load in KW/KVA | |
| Billed Reactive Demand | |

For a brochure describing your customer rights and obligations, please call our Customer Service phone number.

### Charges From The Illuminating Company

| | |
|---|---|
| Customer Number: ▮▮▮ | |
| Rate: General Service Subtransmission CE-GSUD | |
| Customer Charge | ▮▮ |
| Distribution Related Component | ▮▮ |
| Cost Recovery Charges | ▮▮ |
| **Current Consumption Bill Charges** | ▮▮ |

### Charges From FirstEnergy Solutions Corp

341 White Pond Drive Bldg B3, Akron, OH 44320-1119
Customer Service: 1-888-254-6359

| | | |
|---|---|---|
| Account Number: ▮▮▮ Rate: ▮▮ | | |
| RTO Expense Surcharge | | 3,145.18 |
| Basic Charge | KWH x | |
| **Total FirstEnergy Solutions Corp Charges** | | |

### Detail Payment and Adjustment Information

06/17/14 Payment

### Account Balances by Company

Additional messages, if any, can be found on back.

| | Previous Balance | Payments/ Adjustments | Current Charges | Amount Due |
|---|---|---|---|---|
| The Illuminating Company | | | | |
| FirstEnergy Solutions Corp | ▮▮ | ▮▮ | ▮▮ | ▮▮ |
| Total | ▮▮ | ▮▮ | ▮▮ | ▮▮ |

### Usage History

| | | | |
|---|---|---|---|
| Jul 13 | ▮▮ | Jan 14 | ▮▮ |
| Aug 13 | ▮▮ | Feb 14 | ▮▮ |
| Sep 13 | ▮▮ | Mar 14 | ▮▮ |
| Oct 13 | ▮▮ | Apr 14 | ▮▮ |
| Nov 13 | ▮▮ | May 14 | ▮▮ |
| Dec 13 | ▮▮ | Jun 14 | ▮▮ |
| | | Jul 14 | |

0
J A S O N D J F M A M J J

A-Actual          E-Estimate          C-Customer

| Comparisons | Last Year | This Year |
|---|---|---|
| Average Daily Use (KWH) | | |
| Average Daily Temperature | | |
| Days in Billing Period | | |
| Last 12 Months Use (KWH) | | |
| Average Monthly Use (KWH) | | |

---

Return this part with a check or money order payable to The Illuminating Company



76 South Main Street
Akron, OH 44308-1890

**Account Number:** ▮▮▮

| | | |
|---|---|---|
| **Amount** | **Paid** | |
| **Amount** | **Due** | $ ▮▮ |
| **Due Date** | | Jul 28, 2014 |

SCHWEBEL BAKING CO
PO BOX 6018
YOUNGSTOWN OH 44501-6018

THE ILLUMINATING COMPANY
PO BOX 3638
AKRON OH 44309-3638

**Messages (Continued)**

## Explanation of Terms

**Business Distribution Credit -** Applied during the winter billing period for non-residential electric heat and/or water heating customers on a qualifying rate.

**Bypassable Generation and Transmission Related Component -** Charges for purchasing power and delivering it through the transmission system. These charges are avoided when switching to a Certified Retail Electric Service provider.

**Cost Recovery Charges -** Recovers previously incurred costs, including PUCO-approved Phase-In Recovery Charges CEI collects from all customers on behalf of CEI Funding, LLC which owns the right to impose and collect such charges.

**Customer Charge -** Monthly charge that offsets costs for billing, meter reading, equipment, and service line maintenance.

**Distribution Related Component -** Charge for moving electricity over distribution lines to a service location.

**Economic Development Component -** Charges related to economic development support.

**Estimated Reading -** On the months we do not read a meter, we calculate the bill based on past electrical usage.

**Kilovolt Amperes (KVA) -** Volts times amperes divided by 1,000. Actual measured power used for circuit sizing.

**Kilovolt-Amperes Reactive or kilovar (KVAR) -** The portion of electricity that establishes and sustains the electric and magnetic fields of ac equipment. It is used to control voltage on the transmission network.

**Kilowatt (KW) -** Unit of electric power representing a rate of consumption equivalent to 1,000 watts.

**KWH (Kilowatt Hour) -** A unit of measure for electricity usage equal to 1,000 watts used for one hour.

**Late Payment Charge -** A charge added to the bill on balances owed after the Due Date.

**School Distribution Credit -** A distribution credit that replaces the former Energy for Education II Program.

## Important Information

If you have billing questions or complaints about your Illuminating Company account or for a written explanation of the Price to Compare:

**Call Customer Service**    at 1-800-589-3101 from Monday - Friday, 8:00 a.m. - 6:00 p.m.

**Call Payment Options**    at 1-800-686-9901 from Monday - Friday, 8:00 a.m. - 6:00 p.m.

**Visit our web site**    at http://www.firstenergycorp.com

**Write to us**  at The Illuminating Company, 76 S. Main St., A-RPC, Akron, OH 44308-1890.

**For customers who have a hearing or speech impairment**    and use a text telephone, call the TTY (Teletype) at 1-800-750-0750.

**We welcome the opportunity**  to work with you and will try to answer your questions. If your complaint is not resolved after you have called your electric utility, or for general utility information, residential and business customers may contact the public utilities commission of Ohio (PUCO) for assistance at 1-800-686-7826 (toll free) from eight a.m. to five p.m. weekdays, or at http://www.puco.ohio.gov. Hearing or speech impaired customers may contact the PUCO via 7-1-1 (Ohio relay service).

**For your protection,**  all of our employees wear Photo I.D. badges.

**Electronic Check Conversion -** Your check authorizes us either to make a one-time electronic funds transfer (EFT) from your account or process as a check. If you have questions about this program, call 1-866-283-8081.



Bill Based On: Actual Meter Reading

July 07, 2014

**Account Number:** ███████

**Amount Due:** $██████

Billing Period: **Jun 05 to Jul 02, 2014 for 28 days**
Bill For: SCHWEBEL BAKING CO
345 E 200TH ST
EUCLID OH 44119

**Due Date: July 28, 2014**

To report an emergency or an outage, call 24 hours a day 1-888-544-4877. For Customer Service, call 1-800-589-3101. For Payment Options, call 1-800-686-9901. Pay your bill online at www.firstenergycorp.com

**Bill issued by:** The Illuminating Company, PO Box 3638, Akron OH 44309-3638



| Messages | Account Summary | Amount Due |
|---|---|---|

For more information about the RTO Expense Surcharge, small business customers should visit www.fes.com/RTOexpense. Commercial and Industrial customers should visit www.fes.com /RTOexpenseCI.

To avoid a 1.50% Late Payment Charge being added to your bill, please pay the **Amount Due** by the Due Date.

Your next meter reading is scheduled to occur on or about Aug 04, 2014.

Tree branches and shrubs -- and insects that nest in vegetation -- can make it difficult and, at times, unsafe for our employees to read your meter. Please be sure your meter is easily accessible by clearing the path to it and the area around it.

For a brochure describing your customer rights and obligations, please call our Customer Service phone number.

Previous Balance
Payments/Adjustments
**Balance at Billing on Jul 07, 2014**

The Illuminating Company
FirstEnergy Solutions Corp - Consumption
The Illuminating Company - Lighting
**Total Current Charges**
**Amount Due by Jul 28, 2014**

**Usage Information for Meter Number** ██████
Jul 02, 2014 KWH Reading (Actual)
Jun 05, 2014 KWH Reading (Estimate)
KWH used
Billed Load in KW/KVA

**Charges From The Illuminating Company**
Customer Number:
Rate: General Service Secondary CE-GSD
Customer Charge
Distribution Related Component
Cost Recovery Charges
**Current Consumption Bill Charges**

**Total Charges**

**Charges From FirstEnergy Solutions Corp**
341 White Pond Drive Bldg B3, Akron, OH 44320-1119
Customer Service: 1-888-254-6359
Account Number:         Rate:
RTO Expense Surcharge                             23.58
Basic Charge                    KWH ×
**Total FirstEnergy Solutions Corp Charges**

**Detail Payment and Adjustment Information**
06/17/14   Payment

Additional messages, if any, can be found on back.

**Account Balances by Company**

| | Previous Balance | Payments/ Adjustments | Current Charges | Amount Due |
|---|---|---|---|---|
| The Illuminating Company | | | | |
| FirstEnergy Solutions Corp | | | | |
| **Total** | | | | |

**Usage History**

| | | | |
|---|---|---|---|
| Jul 13 | | Jan 14 | |
| Aug 13 | | Feb 14 | |
| Sep 13 | | Mar 14 | |
| Oct 13 | | Apr 14 | |
| Nov 13 | | May 14 | |
| Dec 13 | | Jun 14 | |
| | | Jul 14 | |

0  J A S O N D J F M A M J J

A-Actual        E-Estimate        C-Customer

| Comparisons | Last Year | This Year |
|---|---|---|
| Average Daily Use (KWH) | | |
| Average Daily Temperature | | |
| Days in Billing Period | | |
| Last 12 Months Use (KWH) | | |
| Average Monthly Use (KWH) | | |

Return this part with a check or money order payable to The Illuminating Company

Account Number:

| Amount | Paid | |
|---|---|---|
| Amount | Due | |
| Due Date | | Jul 28, 2014 |

**SCHWEBEL BAKING CO**
**PO BOX 6018**
**YOUNGSTOWN   OH   44501-6018**

**THE ILLUMINATING COMPANY**
**PO BOX 3638**
**AKRON OH 44309-3638**

**76 South Main Street**
**Akron, OH 44308-1890**

**Messages (Continued)**

## Explanation of Terms

**Business Distribution Credit -** Applied during the winter billing period for non-residential electric heat and/or water heating customers on a qualifying rate.

**Bypassable Generation and Transmission Related Component -** Charges for purchasing power and delivering it through the transmission system. These charges are avoided when switching to a Certified Retail Electric Service provider.

**Cost Recovery Charges -** Recovers previously incurred costs, including PUCO-approved Phase-In Recovery Charges CEI collects from all customers on behalf of CEI Funding, LLC which owns the right to impose and collect such charges.

**Customer Charge -** Monthly charge that offsets costs for billing, meter reading, equipment, and service line maintenance.

**Distribution Related Component -** Charge for moving electricity over distribution lines to a service location.

**Economic Development Component -** Charges related to economic development support.

**Estimated Reading -** On the months we do not read a meter, we calculate the bill based on past electrical usage.

**Kilovolt Amperes (KVA) -** Volts times amperes divided by 1,000. Actual measured power used for circuit sizing.

**Kilovolt-Amperes Reactive or kilovar (KVAR) -** The portion of electricity that establishes and sustains the electric and magnetic fields of ac equipment. It is used to control voltage on the transmission network.

**Kilowatt (KW) -** Unit of electric power representing a rate of consumption equivalent to 1,000 watts.

**KWH (Kilowatt Hour) -** A unit of measure for electricity usage equal to 1,000 watts used for one hour.

**Late Payment Charge -** A charge added to the bill on balances owed after the Due Date.

**School Distribution Credit -** A distribution credit that replaces the former Energy for Education II Program.

## Important Information

If you have billing questions or complaints about your Illuminating Company account or for a written explanation of the Price to Compare:

**Call Customer Service**   at 1-800-589-3101 from Monday - Friday, 8:00 a.m. - 6:00 p.m.

**Call Payment Options**   at 1-800-686-9901 from Monday - Friday, 8:00 a.m. - 6:00 p.m.

**Visit our web site**   at http://www.firstenergycorp.com

**Write to us**   at The Illuminating Company, 76 S. Main St., A-RPC. Akron, OH 44308-1890.

**For customers who have a hearing or speech impairment**   and use a text telephone, call the TTY (Teletype) at 1-800-750-0750.

**We welcome the opportunity**   to work with you and will try to answer your questions. If your complaint is not resolved after you have called your electric utility, or for general utility information, residential and business customers may contact the public utilities commission of Ohio (PUCO) for assistance at 1-800-686-7826 (toll free) from eight a.m. to five p.m. weekdays, or at http://www.puco.ohio.gov. Hearing or speech impaired customers may contact the PUCO via 7-1-1 (Ohio relay service).

**For your protection,**   all of our employees wear Photo I.D. badges.

**Electronic Check Conversion -** Your check authorizes us either to make a one-time electronic funds transfer (EFT) from your account or process as a check. If you have questions about this program, call 1-866-283-8081.



Bill Based On: Actual Meter Reading

July 10, 2014

**Billing Period:** Jun 07 to Jul 08, 2014 for 32 days
**Bill For:** SCHWEBEL BAKING CO
2712 W PROSPECT RD
ASHTABULA OH 44004

**Account Number:** ▆▆▆▆▆

**Amount Due:** ▆▆▆▆▆

**Due Date: July 31, 2014**

To report an emergency or an outage, call 24 hours a day 1-888-544-4877. For Customer Service, call 1-800-589-3101. For Payment Options, call 1-800-686-9901. Pay your bill online at www.firstenergycorp.com

**Bill issued by:** The Illuminating Company, PO Box 3638, Akron OH 44309-3638

| Messages | Account Summary | Amount Due |
|---|---|---|
| For more information about the RTO Expense Surcharge, small business customers should visit www.fes.com/RTOexpense. Commercial and Industrial customers should visit www.fes.com /RTOexpenseCI. | Previous Balance | ▆▆ |
| | Payments/Adjustments | ▆▆ |
| To avoid a 1.50% Late Payment Charge being added to your bill, please pay the **Amount Due** by the Due Date. | **Balance at Billing on Jul 10, 2014** | ▆▆ |
| | The Illuminating Company | ▆▆ |
| Your next meter reading is scheduled to occur on or about Aug 07, 2014. | FirstEnergy Solutions Corp - Consumption | ▆▆ |
| | **Total Current Charges** | ▆▆ |
| Tree branches and shrubs -- and insects that nest in vegetation -- can make it difficult and, at times, unsafe for our employees to read your meter. Please be sure your meter is easily accessible by clearing the path to it and the area around it. | **Amount Due by Jul 31, 2014** | $ |

**Usage Information for Meter Number** ▆▆▆

| | |
|---|---|
| Jul 08, 2014 KWH Reading (Actual) | |
| Jun 07, 2014 KWH Reading (Actual) | ▆▆▆▆ |
| KWH Used | |
| Billed Load in KW/KVA | |

**Charges From The Illuminating Company**

Customer Number:
Rate: General Service Secondary CE-GSD
Customer Charge
Distribution Related Component
Cost Recovery Charges
**Current Consumption Bill Charges**

**Charges From FirstEnergy Solutions Corp**
341 White Pond Drive Bldg B3, Akron, OH 44320-1119
Customer Service: 1-888-254-6359

Account Number: ▆▆ Rate:
RTO Expense Surcharge
Basic Charge          KWH x          39.03
**Total FirstEnergy Solutions Corp Charges**

**Detail Payment and Adjustment Information**
06/17/14    Payment

**Account Balances by Company**

| | Previous Balance | Payments/ Adjustments | Current Charges | Amount Due |
|---|---|---|---|---|
| The Illuminating Company | ▆ | ▆ | ▆ | ▆ |
| FirstEnergy Solutions Corp | ▆ | ▆ | ▆ | ▆ |
| **Total** | | | | |

Additional messages, if any, can be found on back.

**Usage History**



| | | | |
|---|---|---|---|
| Jul | 13 | Jan | 14 |
| Aug | 13 | Feb | 14 |
| Sep | 13 | Mar | 14 |
| Oct | 13 | Apr | 14 |
| Nov | 13 | May | 14 |
| Dec | 13 | Jun | 14 |
| | | Jul | 14 |

0  J A S O N D J F M A M J J

A-Actual          E-Estimate          C-Customer

| Comparisons | Last Year | This Year |
|---|---|---|
| Average Daily Use (KWH) | | |
| Average Daily Temperature | | |
| Days in Billing Period | | |
| Last 12 Months Use (KWH) | | |
| Average Monthly Use (KWH) | | |

Return this part with a check or money order payable to The Illuminating Company

Account Number:

| | |
|---|---|
| **Amount    Paid** | |
| **Amount    Due** | $ |
| **Due Date** | Jul 31, 2014 |

**SCHWEBEL BAKING CO**
**PO BOX 6018**
**YOUNGSTOWN   OH  44501-6018**

**THE ILLUMINATING COMPANY**
**PO BOX 3638**
**AKRON OH 44309-3638**

**76 South Main Street**
**Akron, OH 44308-1890**

**Messages (Continued)**

## Explanation of Terms

**Business Distribution Credit -** Applied during the winter billing period for non-residential electric heat and/or water heating customers on a qualifying rate.

**Bypassable Generation and Transmission Related Component -** Charges for purchasing power and delivering it through the transmission system. These charges are avoided when switching to a Certified Retail Electric Service provider.

**Cost Recovery Charges -** Recovers previously incurred costs, including PUCO-approved Phase-In Recovery Charges CEI collects from all customers on behalf of CEI Funding, LLC which owns the right to impose and collect such charges.

**Customer Charge -** Monthly charge that offsets costs for billing, meter reading, equipment, and service line maintenance.

**Distribution Related Component -** Charge for moving electricity over distribution lines to a service location.

**Economic Development Component -** Charges related to economic development support.

**Estimated Reading -** On the months we do not read a meter, we calculate the bill based on past electrical usage.

**Kilovolt Amperes (KVA) -** Volts times amperes divided by 1,000. Actual measured power used for circuit sizing.

**Kilovolt-Amperes Reactive or kilovar (KVAR) -** The portion of electricity that establishes and sustains the electric and magnetic fields of ac equipment. It is used to control voltage on the transmission network.

**Kilowatt (KW) -** Unit of electric power representing a rate of consumption equivalent to 1,000 watts.

**KWH (Kilowatt Hour) -** A unit of measure for electricity usage equal to 1,000 watts used for one hour.

**Late Payment Charge -** A charge added to the bill on balances owed after the Due Date.

**School Distribution Credit -** A distribution credit that replaces the former Energy for Education II Program.

## Important Information

If you have billing questions or complaints about your Illuminating Company account or for a written explanation of the Price to Compare:

**Call Customer Service**   at 1-800-589-3101 from Monday - Friday, 8:00 a.m. - 6:00 p.m.

**Call Payment Options**   at 1-800-686-9901 from Monday - Friday, 8:00 a.m. - 6:00 p.m.

**Visit our web site**   at http://www.firstenergycorp.com

**Write to us**  at The Illuminating Company, 76 S. Main St., A-RPC. Akron, OH 44308-1890.

**For customers who have a hearing or speech impairment**     and use a text telephone, call the TTY (Teletype) at 1-800-750-0750.

**We welcome the opportunity**   to work with you and will try to answer your questions.  If your complaint is not resolved after you have called your electric utility, or for general utility information, residential and business customers may contact the public utilities commission of Ohio (PUCO) for assistance at 1-800-686-7826   (toll free) from eight a.m. to five p.m. weekdays,  or at http://www.puco.ohio.gov.     Hearing or speech impaired customers may contact the PUCO via 7-1-1 (Ohio relay service).

**For your protection,**   all of our employees wear Photo I.D. badges.

**Electronic Check Conversion -** Your check authorizes us either to make a one-time electronic funds transfer (EFT) from your account or process as a check. If you have questions about this program, call 1-866-283-8081.



July 10, 2014

**Billing Period:** Jun 10 to Jul 08, 2014 for 29 days
**Bill For:** SCHWEBEL BAKING CO
22626 ROYALTON RD W
STRONGSVILLE OH 44136

**Account Number:** ▓▓▓▓▓

**Amount Due: $▓▓▓▓▓**

**Due Date: July 31, 2014**

To report an emergency or an outage, call 24 hours a day 1-888-544-4877. For Customer Service, call 1-800-589-3101. For Payment Options, call 1-800-686-9901. Pay your bill online at www.firstenergycorp.com

**Bill issued by:** The Illuminating Company, PO Box 3638, Akron OH 44309-3638



| Messages | Account Summary | Amount Due |
|---|---|---|
| For more information about the RTO Expense Surcharge, small business customers should visit www.fes.com/RTOexpense. Commercial and Industrial customers should visit www.fes.com /RTOexpenseCI. | Previous Balance | ▓ |
| | Payments/Adjustments | ▓ |
| | **Balance at Billing on Jul 10, 2014** | ▓ |
| To avoid a 1.50% Late Payment Charge being added to your bill, please pay the **Amount Due** by the Due Date. | The Illuminating Company | ▓ |
| | FirstEnergy Solutions Corp - Consumption | ▓ |
| Your next meter reading is scheduled to occur on or about Aug 07, 2014. | **Total Current Charges** | ▓ |
| | **Amount Due by Jul 31, 2014** | ▓ |

**Usage Information for Meter Number** ▓▓▓▓

Jul 08, 2014 KWH Reading (Actual)
Jun 10, 2014 KWH Reading (Estimate)
Difference
Multiplier
KWH used
Metered Load in KW
Measured Lagging Reactive Demand
Billed Load in KW/KVA
Billed Reactive Demand

**Charges From The Illuminating Company**

Customer Number:
Rate: General Service Secondary CE-GSD
Customer Charge
Distribution Related Component
Cost Recovery Charges
**Current Consumption Bill Charges**

**Charges From FirstEnergy Solutions Corp**

341 White Pond Drive Bldg B3, Akron, OH 44320-1119
Customer Service: 1-888-254-6359

Account Number: ▓▓▓ Rate:
RTO Expense Surcharge                                    72.24
Basic Charge                              KWH x
**Total FirstEnergy Solutions Corp Charges**

**Account Balances by Company**

| | Previous Balance | Payments/ Adjustments | Current Charges | Amount Due |
|---|---|---|---|---|
| The Illuminating Company | ▓ | ▓ | ▓ | ▓ |
| FirstEnergy Solutions Corp | ▓ | ▓ | ▓ | ▓ |
| **Total** | ▓ | ▓ | ▓ | ▓ |

Additional messages, if any, can be found on back.

**Usage History**

| | | | |
|---|---|---|---|
| Jul | 13 | Jan | 14 |
| Aug | 13 | Feb | 14 |
| Sep | 13 | Mar | 14 |
| Oct | 13 | Apr | 14 |
| Nov | 13 | May | 14 |
| Dec | 13 | Jun | 14 |
| | | Jul | 14 |

0
J A S O N D J F M A M J J

A-Actual          E-Estimate          C-Customer

| Comparisons | Last Year | This Year |
|---|---|---|
| Average Daily Use (KWH) | | |
| Average Daily Temperature | | |
| Days in Billing Period | | |
| Last 12 Months Use (KWH) | | |
| Average Monthly Use (KWH) | | |

Return this part with a check or money order payable to The Illuminating Company



**76 South Main Street**
**Akron, OH 44308-1890**

**SCHWEBEL BAKING CO**
**PO BOX 6018**
**YOUNGSTOWN OH 44501-6018**

Account Number: ▓▓▓▓▓

| Amount | Paid | |
|---|---|---|
| Amount | Due | $ |
| Due Date | | Jul 31, 2014 |

**THE ILLUMINATING COMPANY**
**PO BOX 3638**
**AKRON OH 44309-3638**

**Messages (Continued)**

## Explanation of Terms

**Business Distribution Credit -** Applied during the winter billing period for non-residential electric heat and/or water heating customers on a qualifying rate.

**Bypassable Generation and Transmission Related Component -** Charges for purchasing power and delivering it through the transmission system. These charges are avoided when switching to a Certified Retail Electric Service provider.

**Cost Recovery Charges -** Recovers previously incurred costs, including PUCO-approved Phase-In Recovery Charges CEI collects from all customers on behalf of CEI Funding, LLC which owns the right to impose and collect such charges.

**Customer Charge -** Monthly charge that offsets costs for billing, meter reading, equipment, and service line maintenance.

**Distribution Related Component -** Charge for moving electricity over distribution lines to a service location.

**Economic Development Component -** Charges related to economic development support.

**Estimated Reading -** On the months we do not read a meter, we calculate the bill based on past electrical usage.

**Kilovolt Amperes (KVA) -** Volts times amperes divided by 1,000. Actual measured power used for circuit sizing.

**Kilovolt-Amperes Reactive or kilovar (KVAR) -** The portion of electricity that establishes and sustains the electric and magnetic fields of ac equipment. It is used to control voltage on the transmission network.

**Kilowatt (KW) -** Unit of electric power representing a rate of consumption equivalent to 1,000 watts.

**KWH (Kilowatt Hour) -** A unit of measure for electricity usage equal to 1,000 watts used for one hour.

**Late Payment Charge -** A charge added to the bill on balances owed after the Due Date.

**School Distribution Credit -** A distribution credit that replaces the former Energy for Education II Program.

## Important Information

If you have billing questions or complaints about your Illuminating Company account or for a written explanation of the Price to Compare:

**Call Customer Service**   at 1-800-589-3101 from Monday - Friday, 8:00 a.m. - 6:00 p.m.

**Call Payment Options**   at 1-800-686-9901 from Monday - Friday, 8:00 a.m. - 6:00 p.m.

**Visit our web site**   at http://www.firstenergycorp.com

**Write to us**   at The Illuminating Company, 76 S. Main St., A-RPC. Akron, OH 44308-1890.

**For customers who have a hearing or speech impairment**   and use a text telephone, call the TTY (Teletype) at 1-800-750-0750.

**We welcome the opportunity**   to work with you and will try to answer your questions. If your complaint is not resolved after you have called your electric utility, or for general utility information, residential and business customers may contact the public utilities commission of Ohio (PUCO) for assistance at 1-800-686-7826 (toll free) from eight a.m. to five p.m. weekdays, or at http://www.puco.ohio.gov. Hearing or speech impaired customers may contact the PUCO via 7-1-1 (Ohio relay service).

**For your protection,**   all of our employees wear Photo I.D. badges.

**Electronic Check Conversion -** Your check authorizes us either to make a one-time electronic funds transfer (EFT) from your account or process as a check. If you have questions about this program, call 1-866-283-8081.



June 18, 2014

**Account Number:** ▮▮▮▮▮▮

**Amount Due:** $▮▮▮▮▮

**Billing Period:** May 16 to Jun 16, 2014 for 32 days
**Bill For:** C F P LTD
1950 NEWBERRY ST
CUYAHOGA FALLS OH 44221

**Due Date: July 09, 2014**

To report an emergency or an outage, call 24 hours a day 1-888-544-4877. For Customer Service, call 1-800-633-4766. For Payment Options, call 1-800-686-3421. Pay your bill online at www.firstenergycorp.com

**Bill issued by:** Ohio Edison, PO Box 3637, Akron OH 44309-3637

| Messages | Account Summary | Amount Due |
|---|---|---|

| | Account Summary | Amount Due |
|---|---|---|
| For more information about the RTO Expense Surcharge, small business customers should visit www.fes.com/RTOexpense. Commercial and Industrial customers should visit www.fes.com /RTOexpenseCI. | Previous Balance | ▮▮▮ |
| | Payments/Adjustments | ▮▮▮ |
| | **Balance at Billing on Jun 18, 2014** | ▮▮▮ |
| To avoid a 1.50% Late Payment Charge being added to your bill, please pay the **Amount Due** by the Due Date. | Ohio Edison | ▮▮▮ |
| | FirstEnergy Solutions Corp - Consumption | ▮▮▮ |
| Your next meter reading is scheduled to occur on or about Jul 16, 2014. | **Total Current Charges** | ▮▮▮ |
| | **Amount Due by Jul 09, 2014** | $▮▮▮ |

Pursuant to Ohio law, it is illegal for your electric meter and associated equipment to be tampered with to obtain unauthorized use of electricity. As specified in the Ohio Revised Code, persons found guilty of stealing electricity or tampering may be subject to jail sentences up to five years and fines up to $10,000. Meter tampering is dangerous and could result in serious personal injury or damage to property. Ohio Law requires this message.

We contract with various establishments in your area to make paying your electric bill more convenient. When paying your bill in person, please use authorized payment locations only. We cannot verify receipt of payments made at unauthorized locations. For more information and other available payment options, visit www.firstenergycorp.com/paymentoptions.

| Usage Information for Meter Number ▮▮▮ | |
|---|---|
| Jun 16, 2014 KWH Reading (Actual) | |
| May 16, 2014 KWH Reading (Actual) | |
| Difference | |
| Multiplier | |
| KWH used | |
| Onpeak Load in KW/KVA | |
| OffPeak Load in KW/KVA | |
| Onpeak Power Factor | |
| OffPeak Power Factor | |
| Billed Load in KVA | |

| Charges From Ohio Edison | |
|---|---|
| Customer Number: ▮▮▮ | |
| Rate: General Service Subtransmission OE-GSUD | |
| Customer Charge | ▮▮▮ |
| Distribution Related Component | ▮▮▮ |
| Cost Recovery Charges | ▮▮▮ |
| **Current Consumption Bill Charges** | ▮▮▮ |

**Additional messages, if any, can be found on back.**

| Charges From FirstEnergy Solutions Corp | |
|---|---|
| 341 White Pond Drive Bldg B3, Akron, OH 44320-1119 | |
| Customer Service: 1-888-254-6359 | |
| Account Number: ▮▮▮ Rate: ▮▮▮ | |
| Please note: Your Certified Retail Electric Service Provider has changed your supply rate. | |
| RTO Expense Surcharge | 2,424.02 |
| Basic Charge ▮▮▮ KWH x | |
| **Total FirstEnergy Solutions Corp Charges** | |

| Detail Payment and Adjustment Information | |
|---|---|
| 06/03/14 Payment | |

| Usage History | | | |
|---|---|---|---|
| Jun 13 | | Dec 13 | |
| Jul 13 | | Jan 14 | |
| Aug 13 | | Feb 14 | |
| Sep 13 | | Mar 14 | |
| Oct 13 | | Apr 14 | |
| Nov 13 | | May 14 | |
| | | Jun 14 | |

| Account Balances by Company | | | | |
|---|---|---|---|---|
| | Previous Balance | Payments/ Adjustments | Current Charges | Amount Due |
| Ohio Edison | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| FirstEnergy Solutions Corp | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| Total | | | | |



0

J J A S O N D J F M A M J

A-Actual     E-Estimate     C-Customer

| Comparisons | Last Year | This Year |
|---|---|---|
| Average Daily Use (KWH) | | |
| Average Daily Temperature | | |
| Days in Billing Period | | |
| Last 12 Months Use (KWH) | | |
| Average Monthly Use (KWH) | | |

Return this part with a check or money order payable to Ohio Edison

76 South Main Street
Akron, OH 44308-1890

C F P LTD
PO BOX 6013
YOUNGSTOWN OH 44501-6013

Account Number ▮▮▮

| Amount | Paid | |
|---|---|---|
| Amount | Due | $▮▮▮ |
| Due Date | | Jul 09, 2014 |

**OHIO EDISON
PO BOX 3637
AKRON OH 44309-3637**

## Explanation of Terms

**Business Distribution Credit -** Applied during the winter billing period for non-residential electric heat and/or water heating customers on a qualifying rate.

**Bypassable Generation and Transmission Related Component -** Charges for purchasing power and delivering it through the transmission system. These charges are avoided when switching to a Certified Retail Electric Service provider.

**Cost Recovery Charges -** Recovers previously incurred costs, including PUCO-approved Phase-In Recovery Charges OE collects from all customers on behalf of OE Funding, LLC which owns the right to impose and collect such charges.

**Customer Charge -** Monthly charge that offsets costs for billing, meter reading, equipment, and service line maintenance.

**Distribution Related Component -** Charge for moving electricity over distribution lines to a service location.

**Economic Development Component -** Charges related to economic development support.

**Estimated Reading -** On the months we do not read a meter, we calculate the bill based on past electrical usage.

**Kilowatt (KW) -** 1,000 watts of electricity.

**Kilovolt Amperes (KVA) -** Volts times amperes divided by 1,000. Actual measured power used for circuit sizing.

**Kilovolt-Amperes Reactive or kilovar (KVAR) -** The portion of electricity that establishes and sustains the electric and magnetic fields of ac equipment. It is used to control voltage on the transmission network.

**KWH (Kilowatt Hour) -** A unit of measure for electricity usage equal to 1,000 watts used for one hour.

**Late Payment Charge -** A charge added to the bill on balances owed after the Due Date.

**School Distribution Credit -** A distribution credit that replaces the former Energy for Education II Program.

## Important Information

If you have billing questions or complaints about your Ohio Edison account or for a written explanation of the Price to Compare:

**Call Customer Service** at 1-800-633-4766 from Monday - Friday, 8:00 a.m. - 6:00 p.m.

**Call Payment Options** at 1-800-686-3421 from Monday - Friday, 8:00 a.m. - 6:00 p.m.

**Visit our web site** at http://www.firstenergycorp.com

**Write to us** at The Ohio Edison, 76 S. Main St., A-RPC. Akron, OH 44308-1890.

**For customers who have a hearing or speech impairment** and use a text telephone, call the TTY (Teletype) at 1-800-750-0750.

**We welcome the opportunity** to work with you and will try to answer your questions. If your complaint is not resolved after you have called your electric utility, or for general utility information, residential and business customers may contact the public utilities commission of Ohio (PUCO) for assistance at 1-800-686-7826 (toll free) from eight a.m. to five p.m. weekdays, or at http://www.puco.ohio.gov. Hearing or speech impaired customers may contact the PUCO via 7-1-1 (Ohio relay service).

**For your protection,** all of our employees wear Photo I.D. badges.

**Electronic Check Conversion -** Your check authorizes us either to make a one-time electronic funds transfer (EFT) from your account or process as a check. If you have questions about this program, call 1-866-283-8081.

**SCHWEBEL BAKING CO**
**PO BOX 6018**
**Youngstown, OH 44501**


## ACCOUNT SUMMARY INFORMATION



Previous Balance
Payment Received
Adjustments **
Total Balance Forward
Current Usage Charges *
Total Current Charges

\*    *See "Your Energy Charges" section for details.*
\*\*   *See "Other Charges and Adjustments" sections for details.*

**Total Amount Due**

**You have made the right choice! We're glad you selected FirstEnergy Solutions Corp. and will work hard to continue to earn your business.**

**If you have questions about this energy bill, please call us at 888-254-6359 before the due date. Our hours are 8am to 5pm ET Monday through Friday. You may also write to us at 341 White Pond Drive, Rm B2, Akron, Ohio 44320.**

**Past due balances are subject to a late payment charge of 1.5% per month. To avoid late fees, payment of the TOTAL AMOUNT DUE must be received in full by the due date.**

Thanks for choosing FirstEnergy Solutions Corp. as your energy provider !

Detach here and return this portion with check or money order. Do not staple or fold.

**FirstEnergy Solutions Corp.**
**P. O. Box 3622**
**Akron, OH 44309-3622**

| | |
|---|---|
| **Account Number** |  |
| **Due Date** | **July 18, 2014** |
| **Total Due** | |
| **Amount Enclosed** | **$** |

44501

Please write your account number on your check or money order made payable to FirstEnergy Solutions Corp..

☐ FOR CHANGE OF ADDRESS:
Please check here & complete form on reverse.
Thank you.

SCHWEBEL BAKING CO
PO BOX 6018
Youngstown, OH 44501


## GENERAL INFORMATION

**Generation Charge:** Charges for the production of electricity. Generation prices and charges are set by the electric generation supplier (EGS) you have chosen.

**Transmission Charge:** Charges for moving high voltage electricity from a generation facility to the distribution lines of an electric distribution company. The Federal Energy Regulatory Commission regulates transmission prices and services.

**If you have problems with your energy service or need to report a problem, please contact your local utility company.**

> AEP - Columbus Southern (OH)
> 1 Riverside Plaza
> Columbus, OH 43215
> Telephone: 1-800-277-2177

**FirstEnergy Solutions Corp.. does not handle service outages.**

Mail notes and correspondence in a separate envelope to:
> FirstEnergy Solutions Corp.
> Customer Care A-WAC-B2
> 76 S Main Street
> Akron, OH 44308

**Mail Payments to:**

> **FirstEnergy Solutions Corp.**
> **P. O. Box 3622**
> **Akron, OH 44309-3622**

**Change of Address?**   Please fill out and check the box on the reverse side. Thank you.

**New Address**

**City**                              **State or Province**                              **Zip**

**Work Phone (        )**                              **Home Phone (        )**

## YOUR ENERGY CHARGES

### 4485 REYNOLDS DR, HILLIARD OH ████████████████

**FirstEnergy Solutions Corp.**

**Electric Service**

**AEP - Columbus Southern (OH)**

| | | |
|---|---|---|
| Current meter read - Actual | June 16, 2014 | ████ |
| Previous read | May 14, 2014 | ████ |
| Current period consists of 33 days | Difference | ████ |
| ████████████ | | ████ kWh |

| | | |
|---|---|---|
| Current meter read - Actual | June 16, 2014 | ████ |
| Previous read | May 14, 2014 | ████ |
| Current period consists of 33 days | Difference | ████ |
| ████████████ | | ████ kW |

████████  Current Actual Usage Charges  ████

**FirstEnergy Solutions Corp.**

**Other Charges and Adjustments**

| | |
|---|---|
| RTO Expense Surcharge | $52.06 |
| Current Other Charges and Adjustments | $52.06 |

### TOTAL ENERGY CHARGES FOR UTIL#

████████████████  ████████

**SCHWEBEL BAKING CO2**
**PO BOX 6018**
**Youngstown, OH 44501**


## ACCOUNT SUMMARY INFORMATION



Previous Balance
Payment Received
Adjustments **
Total Balance Forward
Current Usage Charges *
Total Current Charges

\*   See "Your Energy Charges" section for details.
\*\*  See "Other Charges and Adjustments" sections for details.

**Total Amount Due**

**You have made the right choice! We're glad you selected FirstEnergy Solutions Corp. and will work hard to continue to earn your business.**

**If you have questions about this energy bill, please call us at 888-254-6359 before the due date. Our hours are 8am to 5pm ET Monday through Friday. You may also write to us at 341 White Pond Drive, Rm B2, Akron, Ohio 44320.**

**Past due balances are subject to a late payment charge of 1.5% per month. To avoid late fees, payment of the TOTAL AMOUNT DUE must be received in full by the due date.**

Thanks for choosing FirstEnergy Solutions Corp. as your energy provider !

Detach here and return this portion with check or money order. Do not staple or fold.

**FirstEnergy Solutions Corp.**
**P. O. Box 3622**
**Akron, OH 44309-3622**

| | |
|---|---|
| **Account Number** |  |
| **Due Date** | **July 14, 2014** |
| **Total Due** | |
| **Amount Enclosed** | **$** |

Please write your account number on your check or money order made payable to FirstEnergy Solutions Corp..

44501

SCHWEBEL BAKING CO2
PO BOX 6018
Youngstown, OH 44501

☐ FOR CHANGE OF ADDRESS:
Please check here & complete form on reverse.
Thank you.


## GENERAL INFORMATION

**Generation Charge:** Charges for the production of electricity. Generation prices and charges are set by the electric generation supplier (EGS) you have chosen.

**Transmission Charge:** Charges for moving high voltage electricity from a generation facility to the distribution lines of an electric distribution company. The Federal Energy Regulatory Commission regulates transmission prices and services.

**If you have problems with your energy service or need to report a problem, please contact your local utility company.**

> AEP - Columbus Southern (OH)
> 1 Riverside Plaza
> Columbus, OH 43215
> Telephone: 1-800-277-2177

**FirstEnergy Solutions Corp.. does not handle service outages.**

Mail notes and correspondence in a separate envelope to:
> FirstEnergy Solutions Corp.
> Customer Care A-WAC-B2
> 76 S Main Street
> Akron, OH 44308

**Mail Payments to:**

> **FirstEnergy Solutions Corp.**
> **P. O. Box 3622**
> **Akron, OH 44309-3622**

**Change of Address?**   Please fill out and check the box on the reverse side. Thank you.

**New Address**

**City**          **State or Province**          **Zip**

**Work Phone (    )**          **Home Phone (    )**

## YOUR ENERGY CHARGES

**6960 TUSSING RD, REYNOLDSBURG OH**  ████████

**FirstEnergy Solutions Corp.**

### Electric Service

**AEP - Columbus Southern (OH)**

| | | |
|---|---|---|
| Current meter read - Actual | June 11, 2014 | ████ |
| Previous read | May 8, 2014 | ████ |
| Current period consists of 34 days | Difference | ██  ███ ███ |

| | | |
|---|---|---|
| Current meter read - Actual | June 11, 2014 | ██ |
| Previous read | May 8, 2014 | █ |
| Current period consists of 34 days | Difference | ██  ███ kW |

Current Actual Usage Charges  ████  ███

**FirstEnergy Solutions Corp.**

### Other Charges and Adjustments

| | |
|---|---|
| RTO Expense Surcharge | $36.16 |
| Current Other Charges and Adjustments | $36.16 |

**TOTAL ENERGY CHARGES FOR UTIL#**  ████  ████

**SCHWEBEL BAKING CO.**
**PO BOX 6018**
**Youngstown, OH 44501**


## ACCOUNT SUMMARY INFORMATION

Previous Balance
Payment Received
Adjustments **
Total Balance Forward
Current Usage Charges *
Total Current Charges

\*     *See "Your Energy Charges" section for details.*
\*\*   *See "Other Charges and Adjustments" sections for details.*

**Total Amount Due**

**You have made the right choice! We're glad you selected FirstEnergy Solutions Corp. and will work hard to continue to earn your business.**

**If you have questions about this energy bill, please call us at 888-254-6359 before the due date. Our hours are 8am to 5pm ET Monday through Friday. You may also write to us at 341 White Pond Drive, Rm B2, Akron, Ohio 44320.**

**Past due balances are subject to a late payment charge of 1.5% per month. To avoid late fees, payment of the TOTAL AMOUNT DUE must be received in full by the due date.**

Thanks for choosing FirstEnergy Solutions Corp. as your energy provider !

Detach here and return this portion with check or money order. Do not staple or fold.

**FirstEnergy Solutions Corp.**
**P. O. Box 3622**
**Akron, OH 44309-3622**

| | |
|---|---|
| **Account Number** |  |
| **Due Date** | **July 24, 2014** |
| **Total Due** | |
| **Amount Enclosed** | **$** |

44501

Please write your account number on your check or money order made payable to FirstEnergy Solutions Corp..

**SCHWEBEL BAKING CO.**
**PO BOX 6018**
**Youngstown, OH 44501**

☐ FOR CHANGE OF ADDRESS:
Please check here & complete form on reverse.
Thank you.



## GENERAL INFORMATION

**Generation Charge:** Charges for the production of electricity. Generation prices and charges are set by the electric generation supplier (EGS) you have chosen.

**Transmission Charge:** Charges for moving high voltage electricity from a generation facility to the distribution lines of an electric distribution company. The Federal Energy Regulatory Commission regulates transmission prices and services.

**If you have problems with your energy service or need to report a problem, please contact your local utility company.**

> AEP - Ohio Power (OH)
> 1 Riverside Plaza
> Columbus, OH 43215
> Telephone: 1-800-672-2231

**FirstEnergy Solutions Corp.. does not handle service outages.**

Mail notes and correspondence in a separate envelope to:

> FirstEnergy Solutions Corp.
> Customer Care A-WAC-B2
> 76 S Main Street
> Akron, OH 44308

**Mail Payments to:**

> **FirstEnergy Solutions Corp.**
> **P. O. Box 3622**
> **Akron, OH 44309-3622**

**Change of Address?** Please fill out and check the box on the reverse side. Thank you.

**New Address**

**City**                                    **State or Province**                    **Zip**

**Work Phone (       )**                          **Home Phone (       )**

## YOUR ENERGY CHARGES

### 3730 13TH ST SW, CANTON OH

**FirstEnergy Solutions Corp.**

**Electric Service**

**Mtr.#** 97220995      **AEP - Ohio Power (OH)**

| | |
|---|---|
| Current meter read - Actual | June 23, 2014 |
| Previous read | May 22, 2014 |
| Current period consists of 32 days | Difference |

████████████ kWh

| | |
|---|---|
| Current meter read - Actual | June 23, 2014 |
| Previous read | May 22, 2014 |
| Current period consists of 32 days | Difference |

Current Actual Usage Charges

**FirstEnergy Solutions Corp.**

**Other Charges and Adjustments**

| | |
|---|---|
| RTO Expense Surcharge | $44.56 |
| Current Other Charges and Adjustments | $44.56 |

### TOTAL ENERGY CHARGES FOR UTIL#

**SCHWEBEL BAKING CO.2**
**P.O. Box 6018**
**Youngstown, OH 44501-6018**


## ACCOUNT SUMMARY INFORMATION

Previous Balance
Payment Received
Adjustments **
Total Balance Forward
Current Usage Charges *
Total Current Charges



\*    *See "Your Energy Charges" section for details.*
\*\*   *See "Other Charges and Adjustments" sections for details.*

**Total Amount Due**

**You have made the right choice! We're glad you selected FirstEnergy Solutions Corp. and will work hard to continue to earn your business.**

**If you have questions about this energy bill, please call us at 888-254-6359 before the due date. Our hours are 8am to 5pm ET Monday through Friday. You may also write to us at 341 White Pond Drive, Rm B2, Akron, Ohio 44320.**

**Past due balances are subject to a late payment charge of 1.5% per month. To avoid late fees, payment of the TOTAL AMOUNT DUE must be received in full by the due date.**

Thanks for choosing FirstEnergy Solutions Corp. as your energy provider !

Detach here and return this portion with check or money order. Do not staple or fold.

**FirstEnergy Solutions Corp.**
**P. O. Box 3622**
**Akron, OH 44309-3622**

| **Account Number** |  |
| --- | --- |
| **Due Date** | **July 24, 2014** |
| **Total Due** | |

**Amount Enclosed**       **$**

44501-6018

Please write your account number on your check or money order made payable to FirstEnergy Solutions Corp..

☐ FOR CHANGE OF ADDRESS:
   Please check here & complete form on reverse.
   Thank you.

SCHWEBEL BAKING CO.2
P.O. Box 6018
Youngstown, OH 44501-6018



## GENERAL INFORMATION

**Generation Charge:** Charges for the production of electricity. Generation prices and charges are set by the electric generation supplier (EGS) you have chosen.

**Transmission Charge:** Charges for moving high voltage electricity from a generation facility to the distribution lines of an electric distribution company. The Federal Energy Regulatory Commission regulates transmission prices and services.

**If you have problems with your energy service or need to report a problem, please contact your local utility company.**

> AEP - Ohio Power (OH)
> 1 Riverside Plaza
> Columbus, OH 43215
> Telephone: 1-800-672-2231

**FirstEnergy Solutions Corp.. does not handle service outages.**

Mail notes and correspondence in a separate envelope to:

> FirstEnergy Solutions Corp.
> Customer Care A-WAC-B2
> 76 S Main Street
> Akron, OH 44308

**Mail Payments to:**

> **FirstEnergy Solutions Corp.**
> **P. O. Box 3622**
> **Akron, OH 44309-3622**

**Change of Address?** Please fill out and check the box on the reverse side. Thank you.

**New Address**

**City**                    **State or Province**                    **Zip**

**Work Phone (        )**                    **Home Phone (        )**

## YOUR ENERGY CHARGES

**121 ONEILL DR, HEBRON OH**

**FirstEnergy Solutions Corp.**
### Electric Service

**Mtr.#** 321095758        **AEP - Ohio Power (OH)**

Current meter read - Actual      June 19, 2014

Previous read      May 21, 2014

Current period consists of 29 days      Difference

███ kWh

Current Actual Usage Charges

**FirstEnergy Solutions Corp.**
### Other Charges and Adjustments

RTO Expense Surcharge      $1,267.58

Current Other Charges and Adjustments      $1,267.58

**TOTAL ENERGY CHARGES FOR UTIL#**

**SCHWEBEL BAKING CO.3**
**P.O. Box 6018**
**Youngstown, OH 44501**


## ACCOUNT SUMMARY INFORMATION

Previous Balance
Payment Received
Adjustments **
Total Balance Forward
Current Usage Charges *
Total Current Charges



\*   *See "Your Energy Charges" section for details.*
\*\*  *See "Other Charges and Adjustments" sections for details.*

**Total Amount Due**

You have made the right
choice! We're glad you
selected FirstEnergy
Solutions Corp. and will
work hard to continue to
earn your business.

If you have questions about
this energy bill, please call
us at 888-254-6359 before
the due date. Our hours are
8am to 5pm ET Monday
through Friday. You may
also write to us at 341 White
Pond Drive, Rm B2, Akron,
Ohio 44320.

Past due balances are
subject to a late payment
charge of 1.5% per month.
To avoid late fees, payment
of the TOTAL AMOUNT DUE
must be received in full by
the due date.

Thanks for choosing FirstEnergy Solutions Corp. as your energy provider !

Detach here and return this portion with check or money order. Do not staple or fold.

**FirstEnergy Solutions Corp.**
**P. O. Box 3622**
**Akron, OH 44309-3622**

**Account Number** 
**Due Date**         **July 14, 2014**
**Total Due**

**Amount Enclosed**    **$**

44501

SCHWEBEL BAKING CO.3
P.O. Box 6018
Youngstown, OH 44501

Please write your account number on your check or money order
made payable to FirstEnergy Solutions Corp..

☐ FOR CHANGE OF ADDRESS:
Please check here & complete form on
reverse.
Thank you.



## GENERAL INFORMATION

**Generation Charge:** Charges for the production of electricity. Generation prices and charges are set by the electric generation supplier (EGS) you have chosen.

**Transmission Charge:** Charges for moving high voltage electricity from a generation facility to the distribution lines of an electric distribution company. The Federal Energy Regulatory Commission regulates transmission prices and services.

**If you have problems with your energy service or need to report a problem, please contact your local utility company.**

AEP - Ohio Power (OH)
1 Riverside Plaza
Columbus, OH 43215
Telephone: 1-800-672-2231

**FirstEnergy Solutions Corp.. does not handle service outages.**

Mail notes and correspondence in a separate envelope to:
FirstEnergy Solutions Corp.
Customer Care A-WAC-B2
76 S Main Street
Akron, OH 44308

**Mail Payments to:**

**FirstEnergy Solutions Corp.**
**P. O. Box 3622**
**Akron, OH 44309-3622**

**Change of Address?**   Please fill out and check the box on the reverse side. Thank you.

**New Address**

**City**                                **State or Province**                        **Zip**

**Work Phone (        )**                          **Home Phone (        )**

## YOUR ENERGY CHARGES

**FirstEnergy Solutions Corp.**
### Electric Service

**Mtr.# 455080813**                          **AEP - Ohio Power (OH)**

| | |
|---|---|
| Current meter read - Actual | June 11, 2014 |
| Previous read | May 9, 2014 |
| Current period consists of 33 days | Difference |

| | |
|---|---|
| Current meter read - Actual | June 11, 2014 |
| Previous read | May 9, 2014 |
| Current period consists of 33 days | Difference |

Current Actual Usage Charges

**FirstEnergy Solutions Corp.**
### Other Charges and Adjustments

| | |
|---|---|
| RTO Expense Surcharge | $22.28 |
| Current Other Charges and Adjustments | $22.28 |

**TOTAL ENERGY CHARGES FOR UTIL#**